STATES OF ARKANSAS, INDIANA,
MICHIGAN, MISSOURI, NORTH
CAROLINA, OHIO and TEXAS,

     Plaintiffs,

v.

RISING EAGLE CAPITAL GROUP, LLC;
JSQUARED TELECOM LLC; JOHN C.
SPILLER, II, individually; and JAKOB A.
MEARS, individually,

     Defendants.

Case No. 4:20-cv-02021

MOTION and ORDER for Admission *Pro Hac Vice*
For Attorney Douglas Scott Swetnam for the State of Indiana
Averment as Required by Court Procedure 5 (G):

I hereby affirm under the penalties for perjury that I have familiarized myself with the
Local Rules of the Southern District of Texas and this Court's Procedures.

/s/Douglas Scott Swetnam_____
Douglas Scott Swetnam, Deputy Attorney General
Office of the Indiana Attorney General
Proposed Attorney-in-charge for Plaintiff State of Indiana
IN 15860-49
Southern District of Texas submitted Motion for *Pro Hac Vice*
302 W. Washington Street
Indianapolis, IN 46204
Tel: (317) 232-6294
Fax: (317) 232-7979
Douglas.Swetnam@atg.in.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| STATES OF ARKANSAS, INDIANA, MICHIGAN, MISSOURI, NORTH CAROLINA, OHIO and TEXAS,<br><br>　　Plaintiffs,<br><br>v.<br><br>RISING EAGLE CAPITAL GROUP, LLC; JSQUARED TELECOM LLC; JOHN C. SPILLER, II, individually; and JAKOB A. MEARS, individually,<br><br>　　Defendants. | Case No. 4:20-cv-02021 |

MOTION and ORDER for Admission *Pro Hac Vice*
For Attorney Douglas Scott Swetnam for the State of Indiana
VERIFIED DESCRIPTION OF SANCTION DETAILS

In 2005, I was administratively suspended for failure to timely complete and certify the

Continuing Legal Education credit hours to the Indiana Commission for Continuing

Legal Education as required by Indiana Admission & Discipline Rule 29.  At the time, I

was not engaged in the practice of law and had taken an extended Family Leave from my

corporate position to care for my two daughters who both suffered from the same genetic

terminal illness.  Following the death of my second daughter, I promptly addressed the

deficiency that triggered the administrative suspension and was restored to Active Good

Standing.  Other than the administrative suspension described above, I have never been

the subject of any other disciplinary proceeding.

I hereby affirm under the penalties for perjury that the foregoing representations are true.


/s/ Douglas Scott Swetnam
Douglas Scott Swetnam, Deputy Attorney General
Office of the Indiana Attorney General
Proposed Attorney-in-charge for Plaintiff State of Indiana
IN 15860-49
Southern District of Texas submitted Motion for *Pro Hac Vice*
302 W. Washington Street
Indianapolis, IN 46204
Tel: (317) 232-6294
Fax: (317) 232-7979
Douglas.Swetnam@atg.in.gov