**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

STATE OF TEXAS, *ET. AL.*,

    Plaintiffs,

v.

RISING EAGLE CAPITAL GROUP LLC, *et. al.*, and DOES 6-100.,

    Defendants.
                                          /

Case No.: 4:20−cv−02021

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HEALTH ADVISORS OF AMERICA, INC.

The Defendant Health Advisors of America, Inc., by and through its undersigned legal counsel, and pursuant to FED. R. Civ. P. 7.1, certifies that, prior to dissolution: (1) it had no parent company; and (2) no publicly held corporation owned more than ten percent (10%) or more of its stock.

Dated: January 11, 2021

/s/ Anthony G. Franqui
Anthony G. Franqui, Esq.
Admitted *Pro Hac Vice*
Florida Bar No.: 0543535
Texas Bar No.: 24107430
THE FRANQUI FIRM
1451 W. Cypress Creek Rd., Ste 300
Ft. Lauderdale, Florida 33309
Tel: 954.947.3023
Fax: 888-531-7773
TONY@THEFRANQUIFIRM.COM

*Counsel for Defendants Michael T. Smith, Jr. and Health Advisors of America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021, I electronically filed the foregoing with the Clerk of Court, using CM/ECF and in addition, that the foregoing document is being served this day on all counsel of record and all parties on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

/s/Anthony G. Franqui
Anthony G. Franqui, Esq.
Admitted *Pro Hac Vice*
Florida Bar No.: 0543535
Texas Bar No.: 24107430
THE FRANQUI FIRM
1451 W. Cypress Creek Rd., Ste 300
Ft. Lauderdale, Florida 33309
Tel: 954.947.3023
Fax: 888-531-7773
TONY@THEFRANQUIFIRM.COM

*Counsel for Defendants Michael T. Smith, Jr. and Health Advisors of America, Inc.*

## SERVICE LIST

***STATE OF TEXAS, et. al., v. RISING EAGLE CAPITAL GROUP LLC et. al.,***
**USDC SD TX Case No.: 4:20−cv−02021**

Patrick Abernethy
Christopher Bradley Schuelke
Assistant Attorneys General
Office of the Attorney General
300 West 15th Street
9th Floor
Austin, TX 78701
Patrick.abernethy@oag.texas.gov
Brad.schuelke@oag.texas.gov

*Counsel for Plaintiff State of Texas*

David A.F. McCoy
Shannon Halijan
Peggy Johnson
Assistant Attorneys General
Office of the Arkansas Attorney General
323 Center St., Ste. 200
Little Rock, AR 72201
David.mccoy@arkansas.gov
Shannon.halijan@arkansas.gov
Peggy.johnson@arkansas.gov

*Counsel for Plaintiff State of Arkansas*

Douglas S. Swetnam
Joseph D. Yeoman
Deputy Attorneys General
Office of the Indiana Attorney General 302 West Washington St.
IGCS – 5th Floor Indianapolis, IN 46204
Douglas.swetnam@atg.in.gov
Joseph.yeoman@atg.in.gov

*Counsel for Plaintiff State of Indiana*

Wisam E. Naoum Assistant Attorney General P.O. Box 30736
Lansing, MI 48909 517-335-7632
NaoumW1@michigan.gov

*Counsel for Plaintiff State of Michigan*

Michelle L. Hinkl
Assistant Attorney General Missouri Office of Attorney General P.O. Box 861
St. Louis, MO 63188
Michelle.hinkl@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

Tracy Nayer
Kristine M. Ricketts
Assistant Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, NC 27602 tnayer@ncdoj.gov
kricketts@ncdoj.gov

*Counsel for Plaintiff State of North Carolina*

Erin B. Leahy
W. Travis Garrison
Assistant Attorneys General's Office
Consumer Protection Section
30 E. Broad St., 14th Floor
Columbus, OH 43215
Erin.leahy@ohioattorneygeneral.gov
Travis.garrison@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

Brian M. Card
Assistant Attorney General
North Dakota Attorney General's Office
Consumer Protection & Antitrust Division
1050 E. Interstate Ave., Ste. 20
Bismark, ND 58503
bmcard@nd.gov

*Counsel for Plaintiff State of North Dakota*

Jason Wagner
WAGNER LAW, PLLC
1110 Kingwood Drive, Suite 280 Houston, Texas 77339
Phone: (713) 554-8450
Fax: (713) 554-8451
jwagner@jwagnerlaw.com

Mitchell N. Roth
Gregory M. Caffas
ROTH JACKSON
8200 Greensboro Drive, Suite 820 McLean, Virginia 22102
Phone: 703-485-3535 Fax: 703-485-3525
mroth@rothjackson.com
gcaffas@rothjackson.com

Joseph P. Bowser
ROTH JACKSON
1519 Summit Avenue, Suite 102 Richmond, Virginia 23230 Phone: 804-441-8701
Fax: 804-441-8438
jbowser@rothjackson.com

*Counsel for Defendants RISING EAGLE CAPITAL GROUP LLC, JSQUARED TELECOM LLC, JOHN C. SPILLER, II, and JAKOB A. MEARS*