UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATES OF ARKANSAS, INDIANA, MICHIGAN, MISSOURI, NORTH CAROLINA, NORTH DAKOTA, OHIO, and TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>RISING EAGLE CAPITAL GROUP LLC; et al.<br><br>Defendants. | Case No. 4:20-cv-02021 |

## ORDER

On this day the Court considered Defendants Rising Eagle Capital Group LLC, JSquared Telecom LLC, John C. Spiller, II, and Jakob A. Mears' ("Defendants") Unopposed Request for Extension of Time to File a Reply in Support of Their Motion to Dismiss Counts II and III ("Extension Request"). Upon review, this Court finds that for good cause shown, it is hereby

ORDERED that Defendants' Extension Request is GRANTED; and it is further

ORDERED that these Defendants' deadline to file the Reply in Support of Defendants' Motion to Dismiss Counts II and III is extended to March 3, 2021.

SIGNED on this __12th__ day of _____February_____, 2021

_George C. Hanks Jr._
UNITED STATES DISTRICT JUDGE