United States District Court
Southern District of Texas

**ENTERED**
April 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-CV-02021 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| Rising Eagle Capital Group LLC, et al. |

| | |
|---|---|
| Lawyer's Name | Shepard Davidson |
| Firm | Burns & Levinson LLP |
| Street | 125 High Street |
| City & Zip Code | Boston, MA 02110 |
| Telephone & Email | (617) 345-3000 sdavidson@burnslev.com |
| Licensed: State & Number | State MA and Bar No.: 557082 |
| Federal Bar & Number | Federal Bar No.: 1071615 |

| Name of party applicant seeks to appear for: | Scott Shapiro |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/27/2021 | Signed: *Shepard Davidson* |
|---|---|

The state bar reports that the applicant's status is: active

Dated: April 28, 2021     Clerk's signature: *[signature]*

## Order

This lawyer is admitted *pro hac vice*.

Dated: April 28, 2021

*George C. Hanks Jr.*
United States District Judge