# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

STATE OF TEXAS et al.,

     Plaintiffs,

     v.

RISING EAGLE CAPITAL GROUP LLC et al.,

     Defendants.

CASE NO. 4:20-cv-02021

## PLAINTIFF STATES' MOTION TO STRIKE

Plaintiff States of Arkansas, Indiana, Michigan, Missouri, North Carolina, North Dakota, Ohio, and Texas (collectively "Plaintiff States") respectfully submit to the Court this Motion to Strike Defendants Rising Eagle Capital Group LLC ("Rising Eagle"), Rising Eagle Capital Group Cayman ("Rising Eagle Cayman"), JSquared Telecom LLC's ("JSquared") Answers and Motions to Dismiss. As set forth below, good cause for this request is established.

### I.     Procedural Background

1.     On June 9, 2020, Plaintiff States of Arkansas, Indiana, Michigan, Missouri, North Carolina, Ohio, and Texas filed their Original Complaint against Defendants Rising Eagle, JSquared, John C. Spiller, II ("Spiller"), and Jakob A. Mears ("Mears"),

1

alleging violations of the TCPA, its related rules, and various state telemarketing laws. ECF No. 1.

2.      On August 28, 2020, Plaintiffs filed their First Amended Complaint against Defendants, adding the State of North Dakota as a plaintiff. ECF No. 42.

3.      On September 11, 2020, Defendants Rising Eagle and JSquared filed their Answers to the First Amended Complaint. ECF Nos. 45, 49.

4.      On October 30, 2020, Plaintiff States filed their Second Amended Complaint against Defendants, adding Defendant Rising Eagle Cayman and other additional defendants. ECF No. 56.

5.      On November 20, 2020, Defendants Rising Eagle and JSquared filed their Answers to the Second Amended Complaint. ECF Nos. 64, 66.

6.      Defendant Rising Eagle Cayman did not file an Answer to the Second Amended Complaint.

7.      On January 7, 2021, Defendant Rising Eagle Cayman filed a Motion to Dismiss the Second Amended Complaint. ECF No. 80.

8.      Despite the filing's designation of ECF No. 80, the Motion to Dismiss did not mention Defendant Rising Eagle Cayman.

9.      On January 7, 2021, Defendants Rising Eagle and JSquared filed a joint Motion to Dismiss the Second Amended Complaint with Defendants Spiller and Mears. ECF No. 81.

10.     The two Motions to Dismiss docketed as ECF Nos. 80 and 81 appear to be identical.

11.     Both Motions to Dismiss remain pending.

12.     On July 12, 2021, former counsel for Defendants Rising Eagle, Rising Eagle Cayman, and JSquared filed their Motion to Withdraw as Attorney. ECF No. 119.

13.     On July 21, 2021, the Plaintiff States filed a response to the Motion to Withdraw. ECF No. 123.

14.     On August 13, 2021, the Court held a Motions Hearing. ECF No. 128.

15.     On August 17, 2021, the Plaintiff States filed a Proposed Order on Motion to Withdraw. ECF No. 129.

16.     On August 18, 2021, the Court ordered "Defendants Rising Eagle, Rising Eagle Cayman, and JSquared shall have new counsel file an appearance with the Court by September 10, 2021. If new counsel has not made an appearance, Defendants Rising Eagle, Rising Eagle Cayman, and JSquared's Answers and Motions to Dismiss will be stricken." ECF No. 130.

## II.     Argument

1.      It is well settled that "a corporation can appear in a court of record only by an attorney at law." *Southwest Exp. Co. Inc. v. I. C. C.*, 670 F.2d 53, 55 (5th Cir. 1982) (quoting *Flora Construction Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir. 1962)); *see also Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996) ("Generally a corporation may be represented only by a licensed attorney.").

2.    Under Local Rule 83.2, "withdrawal of counsel-in-charge may be effected by motion and order, under conditions imposed by the Court."

3.    The Court imposed a condition of withdrawal that "Defendants Rising Eagle, Rising Eagle Cayman, and JSquared shall have new counsel file an appearance with the Court by September 10, 2021. If new counsel has not made an appearance, Defendants Rising Eagle, Rising Eagle Cayman, and JSquared's Answers and Motions to Dismiss will be stricken." ECF No. 130.

4.    As of this filing, there have been no appearances by new counsel for Defendants Rising Eagle, Rising Eagle Cayman, and JSquared.

5.    Further, Defendants Rising Eagle, Rising Eagle Cayman, and JSquared have not contacted the Plaintiff States regarding new counsel.

### III.    Prayer

The Plaintiff States respectfully request that the Court strike Defendants Rising Eagle, Rising Eagle Cayman, and JSquared's Answers and Motions to Dismiss, while still allowing Defendants Spiller and Mears' Answers and Motions to Dismiss to stand.


DATED: September 13, 2021

TODD ROKITA
Attorney General for the State of Indiana

 /s/ Joseph D. Yeoman
DOUGLAS S. SWETNAM
Indiana Bar No. 15860-49
douglas.swetnam@atg.in.gov
JOSEPH D. YEOMAN
Indiana Bar No. 35668-29
Joseph.Yeoman@atg.in.gov

4

Deputy Attorneys General
302 West Washington Street
IGCS – 5th Floor
Indianapolis, IN 46204
(317) 232-6294 (Swetnam)
(317) 234-1912 (Yeoman)
(317) 232-7979 (Fax)


**FOR THE STATE OF ARKANSAS:**

LESLIE RUTLEDGE
Attorney General for the State of Arkansas

/s/ David McCoy_____
DAVID MCCOY
Senior Assistant Attorney General
Ark. Bar No. 2006100
David.McCoy@ArkansasAG.gov
SHANNON HALIJAN
Deputy Attorney General
Ark. Bar No. 2005136
Shannon.Halijan@ArkansasAG.gov
PEGGY JOHNSON
Assistant Attorney General
Ark. Bar No. 92-223
Peggy.Johnson@ArkansasAG.gov

Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-7506 (McCoy)
(501) 683-1509 (Halijan)
(501) 682-8062 (Johnson)


**FOR THE STATE OF MICHIGAN:**

DANA NESSEL
Attorney General for the State of Michigan

/s/ Wisam E. Naoum_____
WISAM E. NAOUM
Michigan State Bar No. P83335
NaoumW1@michigan.gov
Assistant Attorney General

Corporate Oversight Division
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632


**FOR THE STATE OF MISSOURI:**

ERIC SCHMITT
Attorney General for the State of Missouri

/s/ Michelle L. Hinkl
MICHELLE L. HINKL
Missouri State Bar No. 64494
Michelle.Hinkl@ago.mo.gov
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188
Telephone: (314) 340-7961
Fax: (314) 340-7981

**FOR   THE   STATE   OF   NORTH
CAROLINA:**

JOSHUA H. STEIN
Attorney General for the State of North
Carolina

/s/ Tracy Nayer
TRACY NAYER
North Carolina State Bar No. 36964
tnayer@ncdoj.gov
KRISTINE M. RICKETTS
North Carolina State Bar No. 46914
Pennsylvania Bar ID 89042
kricketts@ncdoj.gov
Assistant Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6000
Facsimile: (919) 716-6050

**FOR THE STATE OF NORTH DAKOTA:**

WAYNE STENEHJEM
Attorney General for the State of North Dakota

/s/ Brian M. Card
BRIAN M. CARD
North Dakota State Bar No. 07917
bmcard@nd.gov
PARRELL D. GROSSMAN
North Dakota State Bar No. 04684
pgrossman@nd.gov
Assistant Attorneys General
North Dakota Attorney General's Office
Consumer Protection & Antitrust Division
1050 E. Interstate Ave., Ste. 200
Bismarck, ND 58503


**FOR THE STATE OF OHIO:**

DAVE YOST
Attorney General for the State of Ohio

/s/ Erin B. Leahy
ERIN B. LEAHY
Ohio Bar No. 69509
W. TRAVIS GARRISON
Ohio Bar No. 76757
Assistant Attorneys General
Ohio Attorney General's Office
Consumer Protection Section
30 E. Broad Street, 14th Floor
Columbus, Ohio 43215
(614) 752-4730 (Leahy)
(614) 728-1172 (Garrison)
Erin.Leahy@OhioAttorneyGeneral.gov
Travis.Garrison@OhioAttorneyGeneral.gov

**FOR THE STATE OF TEXAS:**

KEN PAXTON
Attorney General for the State of Texas
/s/ Patrick Abernethy

7

PATRICK ABERNETHY
Texas Bar No. 24109556
Patrick.abernethy@oag.texas.gov
C. BRAD SCHUELKE
Texas Bar No. 24008000
Brad.schuelke@oag.texas.gov
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, Texas 78711
Telephone: (512) 463-2100
Facsimile: (512) 473-8301

CERTIFICATE OF SERVICE

I hereby certify that, on September 13, 2021, I electronically filed the foregoing

**PLAINTIFF STATES' MOTION TO STRIKE** with the Clerk using the CM/ECF

system, which will automatically send e-mail notification of such filing to all counsel of

record.

/s/ Joseph D. Yeoman
Joseph D. Yeoman