**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

STATE OF TEXAS, *ET. AL.*,

      Plaintiffs,

v.

RISING EAGLE CAPITAL GROUP LLC, *et. al.*,

      Defendants.

Case No.: 4:20−cv−02021

_____ /

## <u>DEFENDANT HEALTH ADVISORS OF AMERICA, INC.'S AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT</u>

COMES NOW the Defendant Health Advisors of America, Inc. ("HAA"), by and through its undersigned legal counsel, and hereby files its Answer and Affirmative Defenses to Plaintiffs' Second Amended Complaint (*D.E.* No. 56) as follows:

1.    Admitted for jurisdictional purposes only, but denied as to the remainder of the allegation and any inferences therefrom.

2.    Admitted for venue purposes only, but denied as to the remainder of the allegation and any inferences therefrom.

3.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is hereby denied.

4.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

### <u>PLAINTIFFS</u>

5.    This paragraph asserts legal conclusions for which no answer is necessary; To the extent an answer is necessary, the cited statutes speak for themselves but Defendant HAA denies

any inference therefrom, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

6.      This paragraph asserts legal conclusions for which no response is necessary; To the extent a response is necessary, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

7.      This paragraph asserts legal conclusions for which no response is necessary; To the extent a response is necessary, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

8.      This paragraph asserts legal conclusions for which no response is necessary; To the extent a response is necessary, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

9.      This paragraph asserts legal conclusions for which no response is necessary; To the extent a response is necessary, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

10.      This paragraph asserts legal conclusions for which no response is necessary; To the extent a response is necessary, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

11.     This paragraph asserts legal conclusions for which no response is necessary; To the extent a response is necessary, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

12.     This paragraph asserts legal conclusions for which no response is necessary; To the extent a response is necessary, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## **DEFENDANTS**

13.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

14.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

15.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

16.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

17.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

18.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

19.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

20.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

21.     Admitted that Defendant Health Advisors of America, Inc. was a Florida Corporation, with a filing date of April 10, 2017 and an effective date of April 3, 2017; the balance of the allegation is denied as phrased.

22.     Admitted.

23.     Denied that Defendant HAA has directly transacted business in Southern District of Texas; the balance of the allegation is denied.

24.     Admitted.

25.     Denied that Defendant Smith has directly transacted business in Southern District of Texas; the balance of the allegation is denied.

26.     Admitted.

27.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

## SUMMARY OF ALLEGATIONS

28.      Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

29.     Admitted that Plaintiff States of Arkansas, Indiana Michigan, North Carolina, North Dakota, Ohio and Texas have made allegations against Defendant HAA, the substance and all inferences therefrom and the balance of the allegation are hereby denied.

30.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

31.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

32.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

33.     Admitted that Plaintiff States of Arkansas, Indiana Michigan, North Carolina, North Dakota, Ohio and Texas have made allegations against Defendant HAA, the substance and all inferences therefrom and the balance of the allegation are hereby denied.

## THE TELEPHONE CONSUMER PROTECTION ACT

34.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

35.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

36.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

37.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

38.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

39.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

40.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

41.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

42.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

43.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

44.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any

inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

45.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

### The Telemarketing Sales Rule

46.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

47.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

48.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

49.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA denies lacks sufficient information to admit or deny the allegation, and therefore same is denied.

50.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

51.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

52.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

53.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

54.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

55.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any

inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

56.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

57.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

58.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

59.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

60.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

61.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

62.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

63.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statute speaks for itself but Defendant HAA denies any inference therefrom and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## RISING EAGLE DEFENDANTS' BUSINESS PRACTICES

64.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

65.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

66.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

67.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

68.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

## RISING EAGLE

69.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

70.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

71.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

72.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

73.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

## JSQUARED TELECOM LLC

74.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

75.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

76.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

77.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

78.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

a.  Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

b.  Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

79.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

## SPILLER AND MEARS

80.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

81.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

82.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

83.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

84.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

85.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

86.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

87.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

88.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

89.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

90.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

91.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

92.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

93.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

94.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

95.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

96.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

97.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

98.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

99.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

100.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

101.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

102.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

103.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

104.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

## RISING EAGLE DEFENDANTS'
## ILLEGAL TELEMARKETING PRACTICES

105.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

106.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

107.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

108.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

109.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

110.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

111.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

112.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

113.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

114.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

115.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

116.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

117.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

118.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

119.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

120.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

121.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

122.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

123.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

124.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

125.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

126.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

127.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

128.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

129.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

130.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

131.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

132.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

133.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

134.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

135.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

**COMMON ENTERPRISE**

136.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

137.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

138.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

139.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

140.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

**PIERCING THE CORPORATE VEIL**

141.     Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

142.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

143.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

144.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

145.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

146.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

147.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

148.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

149.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

150.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

151.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

## HEALTH ADVISORS DEFENDANTS' BUSINESS PRACTICES

152.    Defendant HAA denies the allegations as to itself and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

153.    Admitted that Defendant Smith was the President of Defendant Health Advisors of America, Inc.; the balance of the allegations is denied.

154.    Denied.

155.    Denied.

156.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

157.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

158.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

159.    Defendant HAA denies the allegations as to itself and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

160.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

161.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

162.    Defendant HAA denies the allegations as to itself and lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

163.    Admitted.

164.    Admitted that Defendant HAA spoke with Rising Eagle Defendants, but this Defendant lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

165.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

166.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

167.    Defendant HAA lacks sufficient information to admit or deny the allegation, and therefore same is denied.

## VIOLATIONS OF THE TELEPHONCE CONSUMER PROTECTION ACT

### COUNT I

168.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

169.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

### COUNT II

170.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

171.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

### COUNT III

172.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

173.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

174.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

## COUNT IV

175.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

176.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

## COUNT V

177.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

178.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

## COUNT VI

179.   Denied.

180.   Denied.

## COUNT VII

181.   Denied.

182.   Denied.

## COUNT VIII

183.   Denied.

184.   Denied.

185.   Denied.

## COUNT IX

186.   Denied.

187.   Denied.

## COUNT X

188.   Denied.

189.   Denied.

## VIOLATIONS OF THE TELEMARKETING SALES RULE

## COUNT XI

190.   This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

191.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

192.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

193.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

## COUNT XII

194.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

195.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

196.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

197.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

## COUNT XIII

198.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

199.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

200.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

201.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

**COUNT XIV**

202.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

203.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

204.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

205.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

## COUNT XV

206.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

207.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

208.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

209.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

## COUNT XVI

210.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

211.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

212.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

213.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

## VIOLATIONS OF STATE MARKETING LAWS

### COUNT XVII

214.     Defendant HAA restates and incorporates its answers to paragraphs 1 through 213, inclusive, as if fully stated herein.

215.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

216.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

217.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## COUNT XVIII

218.    Defendant HAA restates and incorporates its answers to "the facts above" as if fully stated herein.

219.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

220.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

221.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

222.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

223.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## COUNT XIX

224.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

225.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

226.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

227.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

228.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

229.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies

any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

230.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

231.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

232.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

233.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

**COUNT XX**

234.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

235.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

236.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

237.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## COUNT XXI

238.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

239.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

240.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies

any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## COUNT XXII

241.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

242.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

243.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

244.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## COUNT XXII

245.     This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

246.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

247.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

248.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

249.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

**COUNT XXIV**

250.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

**COUNT XXV**

251.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

252.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

**COUNT XXVI**

253.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

254.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

255.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

256.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

## COUNT XXVII

257.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

258.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

259.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, Defendant HAA lacks sufficient information to admit or deny, and therefore same is denied.

## COUNT XXVIII

260.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

261.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies

any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

262.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

263.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

264.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

265.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## COUNT XXIX

266.    Defendant HAA restates and incorporates its answers to paragraphs 153 through 158, inclusive, as if fully stated herein.

267.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies

any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

268.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

269.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## COUNT XXX

270.    Defendant HAA restates and incorporates its answers to paragraphs 153 through 162, inclusive, as if fully stated herein.

271.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

272.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

273.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies

any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

274.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## COUNT XXXI

275.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

276.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

277.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

278.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

279.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

280.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

281.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## COUNT XXXII

282.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

283.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

284.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies

any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

285.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

286.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

287.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

288.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## **COUNT XXXIII**

289.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## CONSUMER INJURY

290.    This paragraph asserts a conclusion of law to which no answer is required; to the extent an answer is required, the cited statutes speak for themselves but Defendant HAA denies any inference therefrom and any allegations as to itself, Defendant HAA lacks sufficient information to admit or deny the balance of the allegation, and therefore same is denied.

## RESPONSE TO PLAINTIFFS' *AD DAMNUM* CLAUSE/PRAYER FOR RELIEF

Responding to the *ad damnum* clause/prayer for relief in Plaintiff's Second Amended Complaint, Defendant HAA denies that it is liable to Plaintiffs in any sum whatsoever and that Plaintiffs are entitled to relief against him.

## GENERAL DENIAL

Defendant HAA hereby denies all allegations of the Plaintiff's Second Amended Complaint that are not otherwise specifically admitted or responded to above.

## AFFIRMATIVE DEFENSES

1.    Plaintiffs lack Article III standing because the citizens they represent incurred no injury or actual harm or damages. *See, e.g., Salcedo v. Hanna*, 936 F.3d 1162, 1172 (11th Cir. 2019).

2.    Plaintiffs fail to state a claim against Defendant upon which relief can be granted because, among other reasons, on information and belief, the calling party was given prior express consent to call the number(s) at issue, and never revoked that consent. *See, e.g., Tyler v. Mirand Response Sys.*, No. H-18-1095, 2019 U.S. Dist. LEXIS 81808, at *10 (S.D. Tex. May 15, 2019) (granting judgment in favor of defendant where calls were made with prior express consent and Plaintiff failed to prove revocation or use of an ATDS).

3.     Although Defendant specifically denies it has any liability with respect to Plaintiff's claims and allegations, Defendant asserts that it has not willfully violated any statute and any violation(s) that may have occurred were unintentional as the party responsible for the alleged call(s) received prior express consent to call the phone number at issue.

4.     Any alleged damages suffered by any party resulted from the acts or omissions of third parties who were not agents of Defendant, over whom Defendant exercised no control or authority and for whose conduct Defendant is not responsible.

5.     Plaintiffs' claims are barred to the extent the called parties were not charged for the call(s) at issue pursuant to 47 U.S.C. § 227(b)(1)(A)(iii).

6.     Plaintiffs' claims are barred to the extent Defendant satisfies the requirements set forth at 47 C.F.R. §64.1200(c)(2)(i), as amended.

7.     The claims against Defendant are misjoined and therefore Defendant should be dismissed and/or the claims against Defendant severed.

8.     Plaintiffs' Complaint and each and every Count of the Complaint fail to state a claim upon which relief may be granted.

9.     Plaintiffs' claims are barred insofar as the Telephone Consumer Protection Act was unconstitutional at the time some or all of the alleged violations occurred

## <u>RESERVATION OF DEFENSES</u>

This Defendant expressly reserves the right to amend and/or add additional defenses and affirmative defenses as discovery and investigation continues.

**DEFENDANT'S *AD DAMNUM* CLAUSE/PRAYER FOR RELIEF**

WHEREFORE  Defendant Health Advisors of America, Inc. respectfully requests that this Honorable Court enter judgment in its favor and against Plaintiffs on all claims asserted against him in this matter, awarding him attorneys' fees, costs, and expenses incurred in defending the instant matter and for any other relief this Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

This Defendant demands a trial by jury of all matters so triable by right.

Date: November 16, 2021                    Respectfully submitted,


                                           /s/ Anthony G. Franqui
                                           Anthony G. Franqui, Esq.
                                           Admitted *Pro Hac Vice*
                                           Florida Bar No.: 0543535
                                           Texas Bar No.: 24107430
                                           THE FRANQUI FIRM
                                           1451 W. Cypress Creek Rd., Ste 300
                                           Ft. Lauderdale, Florida 33309
                                           Tel: 954.947.3023
                                           Fax: 888-531-7773
                                           TONY@THEFRANQUIFIRM.COM

                                           *Counsel for Defendants Michael T. HAA, Jr. and Health Advisors of America, Inc.*


**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of Court, using CM/ECF and in addition, that the foregoing document is being served this day on all counsel of record and all parties on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

                                           /s/Anthony G. Franqui

Anthony G. Franqui, Esq.
Admitted *Pro Hac Vice*
Florida Bar No.: 0543535
Texas Bar No.: 24107430
THE FRANQUI FIRM
1451 W. Cypress Creek Rd., Ste 300
Ft. Lauderdale, Florida 33309
Tel: 954.947.3023
Fax: 888-531-7773
TONY@THEFRANQUIFIRM.COM

*Counsel for Defendants Michael T. HAA, Jr. and
Health Advisors of America, Inc.*

## SERVICE LIST

### *STATE OF TEXAS, et. al., v. RISING EAGLE CAPITAL GROUP LLC  et. al.,*
### USDC SD TX Case No.: 4:20−cv−02021

**Electronic filing:**

Patrick Abernethy
Christopher Bradley Schuelke
Assistant Attorneys General
Office of the Attorney General
300 West 15th Street
9th Floor
Austin, TX 78701
Patrick.abernethy@oag.texas.gov
Brad.schuelke@oag.texas.gov

*Counsel for Plaintiff State of Texas*

David A.F. McCoy
Shannon Halijan
Peggy Johnson
Assistant Attorneys General
Office of the Arkansas Attorney General
323 Center St., Ste. 200
Little Rock, AR 72201
David.mccoy@arkansas.gov
Shannon.halijan@arkansas.gov
Peggy.johnson@arkansas.gov

*Counsel for Plaintiff State of Arkansas*

Douglas S. Swetnam
Joseph D. Yeoman
Deputy Attorneys General
Office of the Indiana Attorney General 302
West Washington St.
IGCS – 5th Floor Indianapolis, IN 46204
Douglas.swetnam@atg.in.gov
Joseph.yeoman@atg.in.gov

Wisam E. Naoum Assistant Attorney
General P.O. Box 30736
Lansing, MI 48909 517-335-7632
NaoumW1@michigan.gov

*Counsel for Plaintiff State of Michigan*

*Counsel for Plaintiff State of Indiana*

Michelle L. Hinkl
Assistant Attorney General Missouri Office
of Attorney General P.O. Box 861
St. Louis, MO 63188
Michelle.hinkl@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

Tracy Nayer
Kristine M. Ricketts
Assistant Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, NC 27602 tnayer@ncdoj.gov
kricketts@ncdoj.gov

*Counsel for Plaintiff State of North
Carolina*

Erin B. Leahy
W. Travis Garrison
Assistant Attorneys General's Office
Consumer Protection Section
30 E. Broad St., 14th Floor
Columbus, OH 43215
Erin.leahy@ohioattorneygeneral.gov
Travis.garrison@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

Brian M. Card
Assistant Attorney General
North Dakota Attorney General's Office
Consumer Protection & Antitrust Division
1050 E. Interstate Ave., Ste. 20
Bismark, ND 58503
bmcard@nd.gov

*Counsel for Plaintiff State of North Dakota*

Jason Wagner
WAGNER LAW, PLLC
1110 Kingwood Drive, Suite 280 Houston,
Texas 77339
Phone: (713) 554-8450
Fax: (713) 554-8451
jwagner@jwagnerlaw.com

Mitchell N. Roth
Gregory M. Caffas
ROTH JACKSON
8200 Greensboro Drive, Suite 820 McLean,
Virginia 22102
Phone: 703-485-3535 Fax: 703-485-3525
mroth@rothjackson.com
gcaffas@rothjackson.com

Joseph P. Bowser
ROTH JACKSON
1519 Summit Avenue, Suite 102 Richmond,
Virginia 23230 Phone: 804-441-8701
Fax: 804-441-8438
jbowser@rothjackson.com

*Counsel for Defendants RISING EAGLE
CAPITAL GROUP LLC, JSQUARED
TELECOM LLC, JOHN C. SPILLER, II, and
JAKOB A. MEARS*

**US MAIL:**

Jsquared Telecom LLC
9022 N. Ferndale Place Dr
Houston, Tx 77604

Rising Eagle Capital Group Cayman
P.O. Box 2775
1st fl. Artemis House, 67 Fort Street
George Town, Grand Cayman KY1-1111, Cayman Islands
George Town, KY1-1111
Cayman Isl

Rising Eagle Capital Group LLC
9022 N Ferndale Place Dr
Houston, Tx 77604

Jakob A Mears
9009 N FM 620 Rd.
Apt. 2208
Austin, TX 87826

John C Spiller, II
on his own behalf and on behalf of all Rising Eagle
9022 N. Ferndale Place Drive
Houston, TX 77064