## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

STATE OF TEXAS et al.,

      Plaintiffs,

      v.

RISING EAGLE CAPITAL GROUP LLC et al.,

      Defendants.

CASE NO. 4:20-cv-02021

**PLAINTIFF STATES' REQUEST FOR THE COURT TO ENTER DEFAULT AGAINST DEFENDANTS RISING EAGLE CAPITAL GROUP LLC, RISING EAGLE CAPITAL GROUP-CAYMAN, AND JSQUARED TELECOM LLC**

Plaintiffs, the States of Arkansas, Indiana, Michigan, Missouri, North Carolina, North Dakota, Ohio, and Texas ("Plaintiffs" or "the States") respectfully ask the to enter a default against Defendants Rising Eagle Capital Group LLC, Rising Eagle Capital Group-Cayman, and JSquared Telecom LLC by Federal Rule of Civil Procedure 55.

    1.    On June 9, 2020, the States (excluding North Dakota) filed their Original Complaint against Defendants John C. Spiller, II ("Spiller"), Jakob A. Mears ("Mears"), JSquared Telecom LLC ("JSquared"), and Rising Eagle Capital Group, LLC ("Rising Eagle"), alleging violations of the TCPA, its related

1

rules, and various state telemarketing laws. ECF. No. 1. On August 28, 2020, the States filed their First Amended Complaint against Defendants, adding the State of North Dakota as a plaintiff. ECF No. 42.

2.   On October 30, 2020, the States filed their Second Amended Complaint, adding Defendants Rising Eagle Capital Group – Cayman ("Rising Cayman"), Health Advisors of America, Inc. ("Health Advisors"), Michael Theron Smith, Jr. ("Smith"), and Scott Shapiro ("Shapiro"). ECF No. 56.

3.   On November 20, 2020, Defendants Rising Eagle (ECF No. 64) and JSquared (ECF No. 66) filed their Answers.

4.   On January 7, 2021, Rising Eagle (ECF No. 81), Rising Cayman (ECF No. 80), and JSquared (ECF No. 81) filed Motions to Dismiss Plaintiffs' Second Amended Complaint.

5.   On July 12, 2021, counsel for Rising Eagle, Rising Cayman, and JSquared filed a motion to withdraw as counsel. ECF No. 119.

6.   On August 18, 2021, the Court granted the withdraw, and ordered Rising Eagle, Rising Cayman, and JSquared to have counsel by September 10, 2021, or "Defendants Rising Eagle, Rising Eagle Cayman, and JSquared's Answers and Motions to Dismiss will be stricken." ECF. No. 130.

7.   On September 13, 2021, Plaintiffs filed a Motion to Strike Rising Eagle and JSquared's Answers and Rising Eagle, Rising Eagle Cayman, and JSquared's Motions to Dismiss. ECF. No. 131.

2

8.      On September 27, 2021, the Court denied the Defendants' Motions to Dismiss. ECF. No. 133.

9.      In the September 27, 2021 Order, the Court wrote in footnote 1: "Counsel for the Rising Eagle Defendants has withdrawn. (Dkt. 130). Plaintiffs have filed a motion to strike the answers and motions to dismiss filed by every Rising Eagle Defendant except John C. Spiller and Jakob Mears. (Dkt. 131). The Court will grant Plaintiffs' motion to strike by separate order."

10.     To date, the Court has not granted the Motion to Strike.

11.     To date, counsel has not entered an appearance for Rising Eagle, Rising Cayman, and JSquared.

12.     The Plaintiff States respectfully ask the Court to order the striking of Rising Eagle, Rising Cayman, and JSquared. A proposed order granting the Motion to Strike can be found at ECF No. 131.

13.     After the Answers are stricken, Defendants Rising Eagle and JSquared will not have filed a responsive pleading or otherwise defended the suit.

14.     Further, Rising Cayman never filed an answer and has not otherwise defended the suit.

15.     Defendants Rising Eagle, Rising Cayman, and JSquared, as corporate entities, are not infants, incompetent persons, or members of the United States Military. 50 U.S.C. App. § 520(1); Fed. R. Civ. P. 55(b)(1).

For the foregoing reasons, Plaintiffs respectfully request this Court to strike Defendants Rising Eagle and JSquared's Answers, and then enter a default against Defendants Rising Eagle, Rising Cayman, and JSquared pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated September 9, 2022                  Respectfully submitted,


                                         /s/ Joseph D. Yeoman
                                         Joseph D. Yeoman

**FOR THE STATE OF ARKANSAS:**

LESLIE RUTLEDGE
Attorney General for the State of Arkansas

/s/  David McCoy
DAVID MCCOY
Ark. Bar No. 2006100
David.McCoy@ArkansasAG.gov
SHANNON HALIJAN
Ark. Bar No. 2005136
Shannon.Halijan@ArkansasAG.gov
PEGGY JOHNSON
Ark. Bar No. 92-223
Peggy.Johnson@ArkansasAG.gov
Assistant Attorneys General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-7506 (McCoy)
(501) 683-1509 (Halijan)
(501) 682-8062 (Johnson)

*Counsel for Plaintiff*
*STATE OF ARKANSAS*

**FOR THE STATE OF INDIANA:**

TODD ROKITA
Attorney General for the State of Indiana

/s/  Douglas S. Swetnam
DOUGLAS S. SWETNAM
Indiana Bar No. 15860-49
douglas.swetnam@atg.in.gov
JOSEPH D. YEOMAN
Indiana Bar No. 35668-29
Joseph.Yeoman@atg.in.gov
Deputy Attorneys General
302 West Washington Street
IGCS – 5th Floor
Indianapolis, IN 46204
(317) 232-6294 (Swetnam)
(317) 234-1912 (Yeoman)
(317) 232-7979 (Fax)

*Counsel for Plaintiff*
*STATE OF INDIANA*

**FOR THE STATE OF MICHIGAN:**

DANA NESSEL
Attorney General for the State of Michigan

/s/  Kathy Fitzgerald
KATHY FITZGERALD
Michigan State Bar No. P31454
fitzgeraldk@michigan.gov
SCOTT MERTENS
Michigan State Bar No. P60069
Mertenss@michigan.gov
Assistant Attorneys General
Corporate Oversight Division
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632

*Counsel for Plaintiff*
*STATE OF MICHIGAN*

**FOR THE STATE OF MISSOURI:**

ERIC SCHMITT
Attorney General for the State of Missouri

/s/  Michelle L. Hinkl
MICHELLE L. HINKL
Missouri State Bar No. 64494
Michelle.Hinkl@ago.mo.gov
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188
Telephone: (314) 340-7961
Fax: (314) 340-7981

*Counsel for Plaintiff*
*STATE OFMISSOURI*

6

FOR THE STATE OF NORTH
CAROLINA:

JOSHUA H. STEIN
Attorney General for the State of North
Carolina


/s/  Tracy Nayer
TRACY NAYER
North Carolina State Bar No. 36964
tnayer@ncdoj.gov
Special Deputy Attorney General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6000
Facsimile: (919) 716-6050

*Counsel for Plaintiff*
*STATE OF NORTH CAROLINA*

FOR THE STATE OF NORTH
DAKOTA:

DREW H. WRIGLEY
Attorney General for the State of North
Dakota


/s/ Brian M. Card
BRIAN M. CARD
North Dakota State Bar No. 07917
bmcard@nd.gov
Assistant Attorney General
PARRELL D. GROSSMAN
North Dakota State Bar No. 04684
pgrossman@nd.gov
Assistant Attorney General
North Dakota Attorney General's Office
Consumer Protection & Antitrust
Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736

*Counsel for Plaintiff*
*STATE OF NORTH DAKOTA*

**FOR THE STATE OF OHIO:**

DAVE YOST
Attorney General for the State of Ohio

/s/  Erin B. Leahy
ERIN B. LEAHY
Ohio Bar No. 69509
W. TRAVIS GARRISON
Ohio Bar No. 76757
Assistant Attorneys General
Ohio Attorney General's Office
Consumer Protection Section
30 E. Broad Street, 14th Floor
Columbus, Ohio 43215
(614) 752-4730 (Leahy)
(614) 728-1172 (Garrison)
Erin.Leahy@OhioAttorneyGeneral.gov
Travis.Garrison@OhioAttorneyGeneral.
gov

*Counsel for Plaintiff*
*STATE OF OHIO*

**FOR THE STATE OF TEXAS:**

KEN PAXTON
Attorney General for the State of Texas

/s/ Patrick Abernathy
PATRICK ABERNATHY
Texas State Bar No. 24109556
Patrcik.abernathy@oag.texas.gov
C. BRAD SCHUELKE
Texas State Bar No. 24008000
Brad.schuelke@oag.texas.gov
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, Texas 78711
Telephone: (512) 463-2100
Facsimile: (512) 473-8301

*Counsel for Plaintiff*
*STATE OF TEXAS*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 9, 2022, I electronically filed the foregoing

**PLAINTIFF STATES' REQUEST FOR THE COURT TO ENTER DEFAULT**

**AGAINST DEFENDANTS RISING EAGLE CAPITAL GROUP LLC, RISING**

**EAGLE CAPITAL GROUP-CAYMAN, AND JSQUARED TELECOM LLC** with

the Clerk using the CM/ECF system, which will automatically send e-mail notification of

such filing to all counsel of record. I hereby certify that, on September 9, 2022, I served

the below parties via Certified Mail and E-Mail:


John C Spiller, II
on his own behalf and on behalf of all
Rising Eagle
9022 N. Ferndale Place Drive
Houston, TX 77064
rpgleads@gmail.com


Jakob A. Mears
9009 N FM 620 Rd., Apt. 2208
Austin, Texas 78726
jakobmears2016@gmail.com


/s/ Joseph D. Yeoman
Joseph D. Yeoman