United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-2021 |
| | § | |
| RISING EAGLE CAPITAL GROUP LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Pending before the Court in this Telephone Consumer Protection Act case are a motion for summary judgment filed by Defendant Scott Shapiro ("Shapiro") and a motion for summary judgment filed by Plaintiffs on their claims against Shapiro. Both motions (Dkt. 167; Dkt. 169) are **DENIED** without prejudice to being reasserted at trial.

SIGNED at Houston, Texas on February 21, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE