UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS et al., <br><br> Plaintiffs, <br><br> v. <br><br> RISING EAGLE CAPITAL GROUP LLC et al., <br><br> Defendants | CASE NO. 4:20-cv-02021 |

## PLAINTIFFS' DESIGNATIONS OF DEPOSITION TESTIMONY

Pursuant to the Court's Pretrial Procedures, Plaintiffs designate the following deposition testimony for use at trial in the event the indicated witness is not called to testify live at trial. Plaintiffs reserve the right to counter-designate portions of any videotaped deposition testimony presented at trial by Defendants.

| Begin | End | Defendants' Objection to Designation | Plaintiffs' Response | Ruling |
|---|---|---|---|---|
| Brady, Amy — May 20, 2022 | | | | |
| 13:14 | 13:16 | | | [ ] Sustained <br> [ ] Overruled <br> [ ] Obj. w/d <br> [ ] Design. w/d <br> [ ] Amended |
| 16:10 | 17:3 | | | [ ] Sustained <br> [ ] Overruled <br> [ ] Obj. w/d <br> [ ] Design. w/d <br> [ ] Amended |

| Begin | End | Defendants' Objection to Designation | Plaintiffs' Response | Ruling |
|---|---|---|---|---|
| 17:14 | 17:25 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 18:6 | 18:8 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 18:25 | 19:20 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 18:25 | 19:20 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 34:19 | 35:5 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 39:8 | 40:2 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 41:1 | 42:5 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 47:1 | 48:1 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |

| Begin | End | Defendants' Objection to Designation | Plaintiffs' Response | Ruling |
|---|---|---|---|---|
| 48:12 | 50:22 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 53:12 | 54:23 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 56:23 | 57:3 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 79:2 | 85:18 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 85:21 | 87:13 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 89:4 | 90:10 | | | |
| 90:19 | 90:23 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 92:1 | 92:2 4 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 97:10 | 97:18 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |

| Begin | End | Defendants' Objection to Designation | Plaintiffs' Response | Ruling |
|---|---|---|---|---|
| 108:5 | 111:20 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 115:20 | 118:3 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 121:23 | 122:1 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 125:21 | 128:24 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 131:17 | 135:23 | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |

**FOR THE STATE OF ARKANSAS:**

TIM GRIFFIN
Attorney General for the State of Arkansas

*/s/ Amanda Wentz*
AMANDA WENTZ
Ark. Bar No. 2021066
Amanda.Wentz@ArkansasAG.gov
Assistant Attorneys General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-1178

*Counsel for Plaintiff*

*STATE OF ARKANSAS*

**FOR THE STATE OF INDIANA:**

TODD ROKITA
Attorney General for the State of Indiana

*/s/ Joseph D. Yeoman*
DOUGLAS S. SWETNAM
Indiana Bar No. 15860-49
douglas.swetnam@atg.in.gov
JOSEPH D. YEOMAN
Indiana Bar No. 35668-29
Joseph.Yeoman@atg.in.gov
Deputy Attorneys General
302 West Washington Street
IGCS – 5th Floor
Indianapolis, IN 46204
(317) 232-6294 (Swetnam)
(317) 234-1912 (Yeoman)
(317) 232-7979 (Fax)

*Counsel for Plaintiff*
*STATE OF INDIANA*

**FOR THE STATE OF MICHIGAN:**

DANA NESSEL
Attorney General for the State of Michigan

*/s/ Kathy Fitzgerald*
KATHY FITZGERALD
Michigan State Bar No. P31454
fitzgeraldk@michigan.gov
SCOTT MERTENS
Michigan State Bar No. P60069
Mertenss@michigan.gov
MICHAEL S. HILL
Michigan State Bar No. P73084
HillM19@michigan.gov
Assistant Attorneys General
Corporate Oversight Division
Michigan Department of Attorney General

P.O. Box 30736
Lansing, MI 48909
(517) 335-7632

*Counsel for Plaintiff*
STATE OF MICHIGAN

**FOR THE STATE OF NORTH CAROLINA:**

JOSHUA H. STEIN
Attorney General for the State of North Carolina

*/s/ Tracy Nayer*
TRACY NAYER
North Carolina State Bar No. 36964
tnayer@ncdoj.gov
Special Deputy Attorney General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6000
Facsimile: (919) 716-6050

*Counsel for Plaintiff*
STATE OF NORTH CAROLINA

**FOR THE STATE OF NORTH DAKOTA:**

DREW H. WRIGLEY
Attorney General for the State of North Dakota

*/s/ Parrell D. Grossman*
PARRELL D. GROSSMAN
North Dakota State Bar No. 04684
pgrossman@nd.gov
Assistant Attorney General
North Dakota Attorney General's Office
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736

*Counsel for Plaintiff*

*STATE OF NORTH DAKOTA*

**FOR THE STATE OF OHIO:**

DAVE YOST
Attorney General for the State of Ohio

*/s/ Erin B. Leahy*
ERIN B. LEAHY
Ohio Bar No. 69509
W. TRAVIS GARRISON
Ohio Bar No. 76757
Assistant Attorneys General
Ohio Attorney General's Office
Consumer Protection Section
30 E. Broad Street, 14th Floor
Columbus, Ohio 43215
(614) 752-4730 (Leahy)
(614) 728-1172 (Garrison)
Erin.Leahy@OhioAttorneyGeneral.gov
Travis.Garrison@OhioAttorneyGeneral.gov

*Counsel for Plaintiff*
*STATE OF OHIO*

**FOR THE STATE OF TEXAS:**

KEN PAXTON
Attorney General for the State of Texas

*/s/ Wade A. Johnson*
WADE A. JOHNSON
Fed. Bar No: 105556
Texas Bar No. 24062197
Wade.johnson@oag.texas.gov
C. BRAD SCHUELKE
Texas Bar No. 24008000
Brad.schuelke@oag.texas.gov
DAVID SHATTO
Fed. Bar No: 3725697
Texas Bar No: 24104114
ABIGAIL R. RYAN
Fed. Bar No: 614700

        Texas State Bar No. 24035956
        Abigail.ryan@oag.texas.gov
        Assistant Attorneys General
        Office of the Attorney General
        P.O. Box 12548 (MC-010)
        Austin, Texas 78711
        Telephone: (512) 463-2100
        Facsimile: (512) 473-8301

        *Counsel for Plaintiff*
        STATE OF TEXAS

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

        */s/ Wade A. Johnson*
        Wade A. Johnson