# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| STATES OF TEXAS, et al.;<br> Plaintiffs,<br><br>vs.<br><br>RISING EAGLE CAPITAL GROUP, LLC, et<br>    al.;<br>Defendants. | Case No. 4:20-cv-02021<br><br>Judge: George C. Hanks, Jr. |

## PLAINTIFF STATES' EXHIBIT LIST

| No. | Bates # | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|
| 1 | MEARS_CELL_000738 | Jakob Mears Text Messages w/ Smith | | | | |
| 2 | MEARS_CELL_000819 | Jakob Mears Text Messages w/ Smith | | | | |
| 3 | MEARS_CELL_000898 | Jakob Mears Text Messages w/ Smith | | | | |
| 4 | MEARS_CELL_000478 | Jakob Mears Text Messages w/ Smith | | | | |
| 5 | MEARS_CELL_001166 | Jakob Mears Text Messages w/ Smith | | | | |
| 6 | MEARS_CELL_000620 | Jakob Mears Text Messages w/ Shapiro | | | | |
| 7 | MEARS_CELL_000701 | Jakob Mears Text Messages w/ Shapiro | | | | |
| 8 | MEARS_CELL_001065 | Jakob Mears Text Messages w/ Shapiro | | | | |
| 9 | MEARS_CELL_000413 | Jakob Mears Text Messages w/ Shapiro | | | | |
| 10 | MEARS_CELL_000530 | Jakob Mears Text Messages w/ Spiller | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MEARS_CELL_001232 | Jakob Mears Text Messages w/ Spiller | | | | |
| 12 | MEARS_CELL_001481 | Jakob Mears Text Messages w/ Spiller | | | | |
| 13 | MEARS_CELL_001526 | Jakob Mears Text Messages w/ Spiller | | | | |
| 14 | MEARS_CELL_000422 | Jakob Mears Text Messages w/ Spiller and Shapiro | | | | |
| 15 | MEARS_CELL_000393 | Jakob Mears Text Messages w/ Spiller and Shapiro | | | | |
| 16 | MEARS_CELL_000473 | Jakob Mears Text Messages w/ Smith and Shapiro | | | | |
| 17 | MEARS_CELL_000598 | Jakob Mears Text Messages w/ Smith and Shapiro | | | | |
| 18 | SPILLER_CELL_007518 | Spiller text messages w/ Shapiro | | | | |
| 19 | SPILLER_CELL_007597 | Spiller text messages w/ Shapiro | | | | |
| 20 | SPILLER_CELL_007676 | Spiller text messages w/ Shapiro | | | | |
| 21 | SPILLER_CELL_007756 | Spiller text messages w/ Shapiro | | | | |
| 22 | SPILLER_CELL_007836 | Spiller text messages w/ Shapiro | | | | |
| 23 | SPILLER_CELL_007919 | Spiller text messages w/ Shapiro | | | | |
| 24 | SPILLER_CELL_009997 | Spiller text messages w/ Shapiro | | | | |
| 25 | SPILLER_CELL_011091 | Spiller text messages w/ Shapiro | | | | |
| 26 | SPILLER_CELL_003650 | Spiller text messages w/ Smith | | | | |
| 27 | SPILLER_CELL_004948 | Spiller text messages w/ Smith | | | | |
| 28 | SPILLER_CELL_012388 | Spiller text messages w/ Smith | | | | |
| 29 | SPILLER_CELL_012473 | Spiller text messages w/ Smith | | | | |
| 30 | SPILLER_CELL_012554 | Spiller text messages w/ Smith | | | | |
| 31 | SPILLER_CELL_012632 | Spiller text messages w/ Smith | | | | |
| 32 | SPILLER_CELL_005354 | Spiller text messages w/ Smith and Shapiro | | | | |
| 33 | SPILLER_CELL_005855 | Spiller text messages w/ Smith and Shapiro | | | | |
| 34 | SPILLER_CELL_000082 | Spiller text messages w/ Mears and Shapiro | | | | |
| 35 | SPILLER_CELL_005544 | Spiller text messages w/ Mears and Shapiro | | | | |
| 36 | SPILLER_CELL_007329 | Spiller text messages w/ Mears and Shapiro | | | | |
| 37 | SPILLER_CELL_008318 | Spiller text messages w/ Mears and Shapiro | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | SPILLER_CELL_010947 | Spiller text messages w/ Mears and Shapiro | | | | |
| 39 | SPILLER_CELL_011519 | Spiller text messages w/ Mears and Shapiro | | | | |
| 40 | SPILLER_CELL_003688 | Spiller text messages w/ Mears, Shapiro, Smith | | | | |
| 41 | SPILLER_CELL_006375 | Spiller text messages w/ Mears, Shapiro, Smith | | | | |
| 42 | SPILLER_CELL_000095 | Spiller text messages w/ Mears | | | | |
| 43 | SPILLER_CELL_003139 | Spiller text messages w/ Mears | | | | |
| 44 | SPILLER_CELL_003225 | Spiller text messages w/ Mears | | | | |
| 45 | SPILLER_CELL_003305 | Spiller text messages w/ Mears | | | | |
| 46 | SPILLER_CELL_003383 | Spiller text messages w/ Mears | | | | |
| 47 | SPILLER_CELL_003447 | Spiller text messages w/ Mears | | | | |
| 48 | SPILLER_CELL_005592 | Spiller text messages w/ Mears | | | | |
| 49 | SPILLER_CELL_005662 | Spiller text messages w/ Mears | | | | |
| 50 | SPILLER_CELL_005731 | Spiller text messages w/ Mears | | | | |
| 51 | SPILLER_CELL_007372 | Spiller text messages w/ Mears | | | | |
| 52 | SPILLER_CELL_011592 | Spiller text messages w/ Mears | | | | |
| 53 | BOA000015 | BOA Business signature card for Rising Eagle Account | | | | |
| 54 | BOA001283 | Rising Eagle BOA Monthly Statement: Feb 2018 to Aug 2019 | | | | |
| 55 | TDBank000840 | New Business Account documents for CRS Marketing | | | | |
| 56 | TDBank000853 | CRS Marketing bank statements Aug 2017 to Feb 2021 | | | | |
| 57 | TDBank001667 | CRS Marketing Checks from 3-18-2018 to 6-18-2019 | | | | |
| 58 | TDBank001071 | CRS Marketing wire transfers from Aug. 2017 to Nov. 2020 | | | | |
| 59 | CHASE_Account_1876 | Excerpt of Smith's personal Chase bank records and signature page for account ending in 1876 | | | | |
| 60 | CHASE_Account_5567 | Excerpt of HAA's Chase bank records and signature page for account ending in 5576 | | | | |
| 61 | RISING_EMAILS000605 | Email from Rising Eagle Group to Smith and Shapiro | | | | |

| 62 | RISING_EMAILS001132 | Email between Shapiro and Rising Eagle Group regarding leads Shapiro sent Rising Eagle Group | | | | |
|---|---|---|---|---|---|---|
| 63 | RISING_EMAILS | Emails between Shapiro and Rising Eagle Group regarding leads Shapiro sent Rising Eagle Group | | | | |
| 64 | RISING_EMAILS000744 | Emails between Shapiro and Rising Eagle Group regarding leads Shapiro sent Rising Eagle Group | | | | |
| 65 | RISING_EMAILS000743 | Emails between Shapiro and Rising Eagle Group regarding leads Shapiro sent Rising Eagle Group | | | | |
| 66 | DATA_000001 | Slip Sheet for CDRs that were previously produced to Defendants. CDRs too voluminous to include as individual exhibits. | | | | |
| 67 | DATA_000094 | Slip Sheet for IN DNC. IN DNC was previously produced to Defendants. It is too voluminous to include on the exhibit list. | | | | |
| 68 | DATA_000095 | Slip Sheet for National DNC Registry. National DNC Registry was previously produced to Defendants. It is too voluminous to include on the exhibit list. | | | | |
| 69 | DATA_000096 | Slip Sheet for Consumer Sentinel from FTC. Consumer Sentinel data was previously produced to Defendants. It is too voluminous to include on the exhibit list. | | | | |
| 70 | RISING_EMAILS000002 | Shapiro Lead Lists. File name and corresponding email: 63k.csv\|RISING_EMAILS000001 | | | | |
| 71 | RISING_EMAILS001133 | Shapiro Lead Lists. Native files provided with both Bates # and original file name. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | HH000001 | Audio file of a prerecorded voice message / telephone solicitation selling health insurance. | | | | |
| 73 | HH000002 | Audio file of a prerecorded voice message / telephone solicitation selling health insurance. | | | | |
| 74 | HH000004 | Audio file of a prerecorded voice message / telephone solicitation selling health insurance. | | | | |
| 75 | HH000026 | Audio file of a prerecorded voice message / telephone solicitation selling health insurance. | | | | |
| 76 | HH000033 | Audio file of a prerecorded voice message / telephone solicitation selling health insurance. | | | | |
| 77 | HH000042 | Audio file of a prerecorded voice message / telephone solicitation selling health insurance. | | | | |
| 78 | HH000044 | Audio file of a prerecorded voice message / telephone solicitation selling health insurance. | | | | |
| 79 | HH000048 | Audio file of a prerecorded voice message / telephone solicitation selling health insurance. | | | | |
| 80 | HH000214 | Audio file of a prerecorded voice message / telephone solicitation selling health insurance: This is Anne. | | | | |
| 81 | VICIDIAL000512 | Vicidial contract with Zack Cox | | | | |
| 82 | VICIDIAL000519 | Vicidial contract with Zack Cox - signature page | | | | |
| 83 | VICIDIAL000523 | Vicidial CC document for HAA and Smith | | | | |
| 84 | VICIDIAL000524 | Vicidial CC document for HAA and Smith | | | | |
| 85 | VICIDIAL000525 | Vicidial CC document for HAA and Smith | | | | |
| 86 | VICIDIAL000526 | Vicidial CC authorization document, signed by Smith. | | | | |
| 87 | AP000001 | Nov. 13, 2018 Email from Adam Chickman to Scott Shapiro | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 88 | AP000022 | September 14, 2018 Unsigned contract between Active Prospect and Shapiro | | | | |
| 89 | AP000040 | Email from Adam Chickman and Brian Fife On Nov. , 2018 | | | | |
| 90 | AP000054 | Nov 14, 2018 emails between Bobby Furnish and Adam Chickman | | | | |
| 91 | AP000059 | Dec 12, 2018 email - Adam Chickman and Scott Shapiro | | | | |
| 92 | AP000078 | Nov. 7, 2018 email from Adam Chickman and Todd Anderson | | | | |
| 93 | AP000093 | Oct 30, 2018 email Adam Chickman to Scott Shapiro | | | | |
| 94 | AP000160 | Sept. 25, 2018 emails between Marsha Griffin and Kara Kriegshauser | | | | |
| 95 | AP000163 | Nov. 28, 2018 email from Kara Kriegshause to Marsha Griffin | | | | |
| 96 | HII_TXAG_000223 | HII Contract with Scott Shapiro | | | | |
| 97 | HII_TXAG_000309 | HII Happy Health Plans 6.11.2018 site visit | | | | |
| 98 | HII_TXAG_002489 | NIPR PDB Report - Scott Shapiro | | | | |
| 99 | HII_TXAG_003177 | October 9, 2018 email from Ruben Gardner to Scott Shapiro | | | | |
| 100 | HII_TXAG_003206 | June 19, 2018 email from Marsha Griffin to Ruben Gardner | | | | |
| 101 | HII_TXAG_003233 | HAA Procedures sent by Marsha Griffin to HII | | | | |
| 102 | HII_TXAG_003246 | HAA employee Handbook sent by Marsha Griffin to HII | | | | |
| 103 | HII_TXAG_003319 | Aug. 9, 2018 email from Marsha Griffin to Dan Garavuso | | | | |
| 104 | HII_TXAG_003323 | Probationary Requirement documents sent by Marsha Griffin to HII | | | | |
| 105 | HII_TXAG_003325 | Letter by Sean Duffie sent by Marsha Griffin to HII | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 106 | HII_TXAG_003326 | Affirmation document by Sean Duffie and Scott Shapiro sent by Marsha Griffin | | | | |
| 107 | HII_TXAG_004423 | Nov. 27, 2018 Email from Ruben Gardner to Scott Shapiro | | | | |
| 108 | HII_TXAG_011791 | Aug. 14, 2018 email from Amy Brady to Scott Shapiro | | | | |
| 109 | HII_TXAG_011792 | Robert Doane complaint | | | | |
| 110 | HII_TXAG_011981 | June 6, 2018 email from Brady to Shapiro | | | | |
| 111 | HII_TXAG_011982 | Letter from Stewart Abramson | | | | |
| 112 | HII_TXAG_014020 | HII commission structure for Scott Shapiro | | | | |
| 113 | HII_TXAG_015002 | September 17, 2018 email from Brady to Shapiro | | | | |
| 114 | HII_TXAG_015042 | Sep. 17, 2018 email from Brady to Shapiro | | | | |
| 115 | HII_TXAG_015332 | June 12, 2018 email from Brady to Shapiro | | | | |
| 116 | HII_TXAG_015449 | Active Prospect contract | | | | |
| 117 | HII_TXAG_015602 | September 17, 2018 email from Marsha Griffin to Brady | | | | |
| 118 | HII_TXAG_015603 | Settlement agreement from HAA and Aussieker | | | | |
| 119 | HII_TXAG_016057 | March 31, 2018, Brady email to Smith and Shapiro | | | | |
| 120 | HII_TXAG_016186 | Dec. 12, 2017 Brady email to Shapiro | | | | |
| 121 | HII_TXAG_016625 | Jan. 4, 2018 Shapiro email to Brady | | | | |
| 122 | HII_TXAG_020444 | June 29, 2018 Brady email to Shapiro | | | | |
| 123 | HII_TXAG_020603 | Aug 14. 2018 Brady email to Shapiro | | | | |
| 124 | HII_TXAG_020604 | Complaint sent by Brady to Shapiro | | | | |
| 125 | HII_TXAG_020632 | Aug 27, 2018 email from Brady to Shapiro | | | | |
| 126 | HII_TXAG_020669 | Oct. 1, 2018 - Email from Brady to Shapiro | | | | |

| 127 | HII_TXAG_021313 | Nov. 29, 2018 email from Chickman to Garavuso | | | | |
| 128 | HII_TXAG_022321 | Octo 3, 2018 email from Griffin to Brady | | | | |
| 129 | HII_TXAG_022322 | Hasaik settlement sent by Griffin | | | | |
| 130 | HII_TXAG_032303 | March, 8 2019 email from Brady to Shapiro | | | | |
| 131 | HII_TXAG_032304 | Hossfeld complaint | | | | |
| 132 | TRAVIS_CO_000039 | Recorded jail call between Spiller, Mears, and Shapiro | | | | |
| 133 | TRAVIS_CO_000183 | Recorded jail call between Spiller and Mears | | | | |
| 134 | TRAVIS_CO_000442 | Recorded jail call between Spiller, Mears, Smith, and Shapiro | | | | |
| 135 | TRAVIS_CO_000610 | Breakdown of the jail calls' date and time | | | | |
| 136 | SHAPIRO000022 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |
| 137 | SHAPIRO000023 | RFPs from Shapiro: Spreadsheet from emails between Spiller and Shapiro | | | | |
| 138 | SHAPIRO000024 | RFPs from Shapiro: Emails between  Shapiro and Smith | | | | |
| 139 | SHAPIRO000025 | RFPs from Shapiro: Emails between  Shapiro and Smith | | | | |
| 140 | SHAPIRO000027 | RFPs from Shapiro: Emails between  Shapiro and Griffin | | | | |
| 141 | SHAPIRO000028 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 142 | SHAPIRO000029 | RFPs from Shapiro: Emails between  Shapiro and Griffin | | | | |
| 143 | SHAPIRO000031 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |
| 144 | SHAPIRO000032 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |
| 145 | SHAPIRO000033 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |
| 146 | SHAPIRO000034 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 147 | SHAPIRO000035 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |
| 148 | SHAPIRO000036 | RFPs from Shapiro: Spreadsheet from emails between Spiller and Shapiro | | | | |
| 149 | SHAPIRO000037 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |
| 150 | SHAPIRO000038 | RFPs from Shapiro: Emails between  Shapiro and Griffin | | | | |
| 151 | SHAPIRO000040 | RFPs from Shapiro: Email from Shapiro | | | | |
| 152 | SHAPIRO000041 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 153 | SHAPIRO000042 | RFPs from Shapiro: Emails between  Shapiro and Griffin | | | | |
| 154 | SHAPIRO000043 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 155 | SHAPIRO000044 | RFPs from Shapiro: Emails between  Shapiro and Smith | | | | |
| 156 | SHAPIRO000045 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 157 | SHAPIRO000046 | RFPs from Shapiro: Emails between  Shapiro and Smith | | | | |
| 158 | SHAPIRO000047 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 159 | SHAPIRO000048 | RFPs from Shapiro: Emails between  Shapiro and Smith | | | | |
| 160 | SHAPIRO000049 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 161 | SHAPIRO000050 | RFPs from Shapiro: Emails between  Shapiro and Smith | | | | |
| 162 | SHAPIRO000051 | RFPs from Shapiro: Emails between  Shapiro and Griffin | | | | |
| 163 | SHAPIRO000053 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 164 | SHAPIRO000054 | RFPs from Shapiro: Emails between  Shapiro and Smith | | | | |
| 165 | SHAPIRO000055 | RFPs from Shapiro: Spreadsheet from emails | | | | |

| 166 | SHAPIRO000056 | RFPs from Shapiro: Spreadsheet from emails | | | | |
|---|---|---|---|---|---|---|
| 167 | SHAPIRO000057 | RFPs from Shapiro: Emails between  Shapiro and Smith | | | | |
| 168 | SHAPIRO000058 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 169 | SHAPIRO000059 | RFPs from Shapiro: Emails between  Shapiro and Griffin | | | | |
| 170 | SHAPIRO000061 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 171 | SHAPIRO000062 | RFPs from Shapiro: Emails between  Shapiro and Griffin | | | | |
| 172 | SHAPIRO000064 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 173 | SHAPIRO000065 | RFPs from Shapiro: Emails between  Shapiro and Griffin | | | | |
| 174 | SHAPIRO000066 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 175 | SHAPIRO000067 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |
| 176 | SHAPIRO000068 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 177 | SHAPIRO000069 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |
| 178 | SHAPIRO000070 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |
| 179 | SHAPIRO000071 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |
| 180 | SHAPIRO000072 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 181 | SHAPIRO000073 | RFPs from Shapiro: Emails between Spiller and Shapiro | | | | |
| 182 | SHAPIRO000074 | RFPs from Shapiro: Spreadsheet from emails | | | | |
| 183 | UST000068 | Email from David Frankel to Rising Eagle Group | | | | |
| 184 | UST000082 | Email from USTelecom to Rising Eagle Group | | | | |
| 185 | UST000084 | Email from USTelecom to Rising Eagle Group | | | | |

| 186 | UST000086 | Email from USTelecom to Rising Eagle Group | | | | |
|---|---|---|---|---|---|---|
| 187 | UST000287 | Traceback report from USTelecom regarding Rising Eagle Group's calls. | | | | |
| 188 | UST000672 | Email from David Frankel to Rising Eagle Group | | | | |
| 189 | UST000692 | Email from David Frankel to Rising Eagle Group | | | | |
| 190 | UST000694 | Email from Rising Eagle Group to David Frankel | | | | |
| 191 | UST000696 | Email from Rising Eagle Group to David Frankel | | | | |
| 192 | UST000751 | Email from USTelecom to Rising Eagle Group | | | | |
| 193 | UST000758 | Email from USTelecom to Rising Eagle Group | | | | |
| 194 | UST000815 | Email from USTelecom to Rising Eagle Group | | | | |
| 195 | UST000851 | Email from USTelecom to Rising Eagle Group | | | | |
| 196 | SMITH000007 | HAA employee list | | | | |
| 197 | SMITH000044 | Smith Response to RFPs | | | | |
| 198 | FCC000001 | FCC NAL - June 9, 2020 | | | | |
| 199 | FCC000030 | Rising Eagle Group's Written Statement - Aug. 24, 2020 | | | | |
| 200 | FCC000058 | Spiller Decleration, filed with the FCC. | | | | |
| 201 | FCC000065 | Mears Decleration, filed with the FCC. | | | | |
| 202 | FCC000072 | Forfeiture Order Mar. 17, 2021 | | | | |
| 203 | LAWSUIT_000084 | Summons for Smith (eHealthinsurance v. Smith) | | | | |
| 204 | LAWSUIT_000086 | Summons for HAA (eHealthinsurance v. Smith) | | | | |
| 205 | LAWSUIT_000096 | First Amended Complaint (eHealthinsurance v. Smith) | | | | |
| 206 | LAWSUIT_000134 | Stipulation  (eHealthinsurance v. Smith) | | | | |
| 207 | LAWSUIT_000140 | Order (eHealthinsurance v. Smith) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 208 | LAWSUIT_000171 | Summons for Smith (Hossfeld v. Smith) | | | | |
| 209 | LAWSUIT_000173 | Class Action Complaint (Hossfeld v. Smith) | | | | |
| 210 | LAWSUIT_002704 | Complaint (MO v. Smith) | | | | |
| 211 | LAWSUIT_002719 | Administrative Complaint (Florida) | | | | |
| 212 | LAWSUIT_002733 | Final Order regarding the Administrative Complaint (Florida) | | | | |
| 213 | LAWSUIT_002747 | Field Report regarding rhe Administrative Complaint, receipt by Smith. | | | | |
| 214 | AR000001 | Arkansas - Declaration of no SOS records | | | | |
| 215 | ND000001 | North Dakota - Lack of SOS records | | | | |
| 216 | ND000002 | North Dakota - Lack of SOS records | | | | |
| 217 | SOS000001 | Articles of Dissolution - HAA | | | | |
| 218 | SOS000002 | Articles of Incorporation - HAA | | | | |
| 219 | SOS000004 | Florida Sunbiz page for HAA | | | | |
| 220 | SOS000008 | Articles of Incorporation - CRS Marketing | | | | |
| 221 | FIVERR000011 | Fiverr activity mapping CSV from Rising Eagle Group's account | | | | |
| 222 | FIVERR000013 | Fiverr orders as buyers CSV from Rising Eagle Group's account | | | | |
| 223 | BILEK_000009.000001 | Deposition of Smith in Bilek litigation | | | | |
| 224 | SHORES_000001 | Mike Shores' expert report | | | | |
| 225 | SHORES_000093 | Mike Shores' supplemental Expert Report | | | | |
| 226 | SHORES_000100 | CSV file that goes with Supplemental Report | | | | |
| 227 | SHORES_000101 | Tables from the Shores Report | | | | |
| 228 | SHORES_000137 | Tables from the Shores Supplemental Report | | | | |
| 229 | VICIDIAL205780 | HAA's Vicidial Database (sans the DNC Log) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 230 | VICIDIAL208683 | HAA's Vicidial Database DNC Log | | | | |
| 231 | VICIDIAL336150 | Excerpt of the filenames of the recordings on HAA's Vicidial account | | | | |
| 232 | VICIDIAL064657 | HAA inbound call recording of: Person complaining about receiving calls. | | | | |
| 233 | VICIDIAL124215 | HAA inbound call recording of: Person investigating about receiving robocalls to a deceased person's phone number. | | | | |
| 234 | VICIDIAL188380 | HAA inbound call recording of: Person asking to be placed on the DNC. | | | | |
| 235 | VICIDIAL188855 | HAA inbound call recording of: Person complaining about receiving calls. | | | | |
| 236 | VICIDIAL220596 | HAA inbound call recording of: Person complaining about receiving robocalls. | | | | |
| 237 | VICIDIAL224298 | HAA inbound call recording of: Person complaining about receiving robocalls. | | | | |
| 238 | VICIDIAL224806 | HAA inbound call recording of: Person complaining about receiving robocalls and on the DNC list. | | | | |
| 239 | VICIDIAL227390 | HAA inbound call recording of: Person complaining about receiving robocalls from Anne. | | | | |
| 240 | VICIDIAL230642 | HAA inbound call recording of: Person complaining about receiving robocalls. Swearing. | | | | |
| 241 | VICIDIAL230702 | HAA inbound call recording of: Person complaining about receiving robocalls and on the DNC list. | | | | |
| 242 | VICIDIAL253310 | HAA inbound call recording of: Person complaining about receiving robocalls. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 243 | VICIDIAL259112 | HAA inbound call recording of: Person complaining about receiving robocalls. | | | | |
| 244 | VICIDIAL266324 | HAA inbound call recording and quick hang up. | | | | |
| 245 | VICIDIAL266744 | HAA inbound call recording of: Person complaining about receiving robocalls. | | | | |
| 246 | VICIDIAL267637 | HAA inbound call recording of: Person complaining about receiving calls. | | | | |
| 247 | VICIDIAL294667 | HAA inbound call recording of: Person complaining about receiving robocalls in North Carolina. | | | | |
| 248 | VICIDIAL299584 | HAA inbound call recording of: Person complaining about receiving calls and on National DNC. | | | | |
| 249 | VICIDIAL313285 | HAA inbound call recording of: Person complaining about receiving robocalls. | | | | |
| 250 | VICIDIAL315436 | HAA inbound call recording of: Person complaining about receiving calls. | | | | |
| 251 | VICIDIAL317667 | HAA inbound call recording of: Person complaining about receiving calls and on National DNC. | | | | |
| 252 | VICIDIAL336078 | HAA inbound call recording of: Scott Shapiro talking to HAA employee. Shapiro threatens employee. | | | | |
| 253 | VICIDIAL336080 | HAA inbound call recording of: Scott Shapiro talking to HAA employee. Shapiro claims he's the boss. | | | | |
| 254 | VICIDIAL336081 | HAA inbound call recording of: HAA inbound call recording of: Scott Shapiro talking to HAA employee. Shapiro threatens the employee. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 255 | VICIDIAL336082 | HAA inbound call recording of: Scott Shapiro talking to HAA employee. | | | | |
| 256 | VICIDIAL336093 | HAA inbound call recording of: Person complaining about receiving calls. | | | | |
| 257 | VICIDIAL336101 | HAA inbound call recording of: Person asking about HAA sending him mail about their options. HAA employee hangs up. | | | | |
| 258 | VICIDIAL336102 | HAA inbound call recording of: Scott Shapiro talking to HAA employee. Shapiro says "he's on the podium." | | | | |
| 259 | VICIDIAL336110 | HAA inbound call recording of: Person complaining about receiving calls. | | | | |
| 260 | VICIDIAL336114 | HAA inbound call recording of: Mike Smith talking to HAA employee. | | | | |
| 261 | VICIDIAL336122 | HAA inbound call recording of: Scott Shapiro talking to HAA employee. Shapiro says he's the owner. | | | | |
| 262 | VICIDIAL336126 | HAA call recording of: Scott Shapiro talking to HAA employee. Shapiro says he's the guy who does the transfers. | | | | |
| 263 | VICIDIAL336128 | HAA inbound call recording of: Person complaining about receiving calls. | | | | |
| 264 | VICIDIAL336129 | HAA inbound call recording of: Scott Shapiro talking to HAA employee. Shapiro says he's from the dialer. | | | | |
| 265 | VICIDIAL336136 | HAA inbound call recording of: Scott Shapiro talking to HAA employee. Shapiro says he's the employee's boss. | | | | |
| 266 | VICIDIAL336137 | HAA inbound call recording of: Scott Shapiro talking to HAA | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | employee. Shapiro says he's the employee's boss. | | | | |
| 267 | VICIDIAL336138 | HAA inbound call recording of: Scott Shapiro talking to HAA employee. Shapiro says he's the owner of the employee's office. | | | | |
| 268 | VICIDIAL336139 | HAA inbound call recording of: Scott Shapiro talking to HAA employee. Shapiro says he's one of the employee's bosses. | | | | |
| 269 | Summary_000001 | Isaacs Summary of CRS Marketing LLC TD Bank Records Account Ending 4577 | | | | |
| 270 | Summary_000008 | Isaacs Summary of Health Advisors of America VICIdial records. | | | | |
| 271 | Summary_000011 | Isaacs Summary of Rising Eagle Capital Group LLC Bank of America Records Account Ending 0063. | | | | |
| 272 | Summary_000037 | Isaacs Summary of Rising Eagle Capital Group LLC call detail records from RSquared Telecom. | | | | |
| 273 | Summary_000039 | Isaacs Summary of emails between Scott Shapiro and John Spiller. | | | | |