UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| STATE OF TEXAS, et al.; | |
|---|---|
| Plaintiffs, | |
| vs. | |
| RISING EAGLE CAPITAL GROUP, LLC, et al.; | Case No. 4:20-cv-02021 |
| Defendants. | |

## PLAINTIFF STATES' WITNESS LIST

| No. | Name | Location | Subject Matter |
|---|---|---|---|
| | | **Consumers** | |
| 1 | Mark Davis | 120 Ruth Ellen Dr., APT H428, CLEVELAND, OH 44143 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 2 | Michelle Matheny | 4770 Mcbern Ln., New Franklin, OH 44203 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 3 | Kathey White | 3838 Malaga Cir., Springfield, OH 45502 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 4 | Alan Yong | 35 La Posada Dr., Unit 223, Austin, TX 78752 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 5 | Obadiah Myers | 802 Barry ST APT 1301 Corpus Christi, TX 78411 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |

| | | | |
|---|---|---|---|
| 6 | Clifton Patterson | 85 Wally Way, St. Pawleys Island, SC 29585 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 7 | John Touchard | 1003 Little Fawn Ct Apopka, FL 32712 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 8 | Stacey Brorson | 1609 Rider Road, Grand Fork, ND 58201 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 9 | David Burris | 4901 Miami Bend Road, Logan Port, IN 46947 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 10 | Thomas Miller | 61 Hickory Ridge Circle, Cicero, IN 46034 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 11 | Lee Metzger | 7035 N 100W, Howe IN 46746 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 12 | Keneishia Jefferson | 320 Elmridge Dr., Little Rock, AR 72211 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 13 | Christopher Fair | 2405 McKinley Blvd, Rogers, AR 72758 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| 14 | Jess Bonds | 1104 Biscayne Dr., West Memphis, AR 72301 | Consumer testimony regarding Rising Eagle Group's and Defendants' prerecorded telephone calls advertising health insurance. |
| **Expert** | | | |
| 15 | Michael Shores | 841 W Grace ST APT 3NE, Chicago, IL 60613 | Expert testimony, and examination of the expert report. |
| **Current and former Defendants** | | | |

| | | | |
|---|---|---|---|
| 16 | John C. Spiller, II | 9022 N. Ferndale Place Drive<br>Houston, TX 77064 | Testimony regarding Rising Eagle Group's operation, Defendants' actions, Shapiro's lead list emails, and texts. |
| 17 | Jakob A. Mears | 9009 N FM 620 Rd., Apt. 2208<br>Austin, Texas 78726 | Testimony regarding Rising Eagle Group's operation, Defendants' actions, Shapiro's lead list emails, and texts. |
| 18 | Michael T. Smith, Jr. | 10343 S. Barnsley Drive<br>Parkland, FL 33076 | Testimony regarding Defendants' actions and HAA's operation, and texts with the Rising Eagle Group. |
| 19 | Scott Shapiro | 1510 NW 101st Ave<br>Plantation, FL 33322 | Testimony regarding Defendants' actions and HAA's operation, texts with the Rising Eagle Group, and lead lists sent to Rising Eagle Group. |
| **Third Parties** | | | |
| 20 | Adam Chickman, Active Prospect Inc. | 4009 Marathon Blvd, Austin, TX 78756 | Testimony regarding Defendants' use of Active Prospects' services and telemarketing practices. |
| 21 | David Frankel CEO of ZipDX | 17554 Via Sereno, Monte Sereno, CA 95030 | Testimony regarding the robocall industry, his role with ITG, his interactions with John Spiller, his tool. |
| 22 | Joshua Bercu, Executive Director, Industry Traceback Group, USTelecom- The Broadband Association | 601 New Jersey Avenue NW, Suite 600<br>Washington, DC 20001 | Testimony regarding the robocall industry, the ITG, tracebacks, and the tracebacks related to the Rising Eagle Group. |
| 23 | Amy Brady, Health Insurance Innovations, now Benefytt | 4009 Marathon Blvd, Austin, TX 78756 | Testimony regarding HII's relationship with Defendants, communications sent to Defendants, and other items. |
| 24 | Mike Rudolph, Chief Technology Officer YouMail, Inc. | 43 Corporate Park, Suite 200, Irvine, CA 92606 | Testimony regarding the robocall industry, YouMail's role in the industry, and health care robocalls in 2018 and 2019. |
| 25 | Marsha Griffin | 5310 NW 33rd Ave., FT. Lauderdale, FL 33309 | Authenticating documents and testimony on regarding HAA's business. |
| **Plaintiffs' Staff** | | | |

| | | | |
|---|---|---|---|
| 26 | Mariel Henderson-Santamaria, Investigator | 323 Center Street, Suite 200, Little Rock, Arkansas, 72201 | Testimony regarding consumer complaints, Defendants' lack of SOS filings in Arkansas, and other items. |
| 27 | Victoria Hardcastle, Investigator | 302 West Washington Street, IGCS – 5th Floor, Indianapolis, Indiana 46204 | Testimony regarding the Indiana DNC and Defendants' use or lack of use of the DNC, consumer complaints, and other items. |
| 28 | Tonya Hetzler, Investigator | 1720 Burlington Drive, Ste. C, Bismarck, North Dakota 58504 | Testimony regarding consumer complaints, Defendants' lack of SOS filings in North Dakota, and other items. |
| 29 | John Isaacs, Investigator | 30 E. Broad Street, 14th Floor, Columbus, Ohio 43215 | Testimony regarding the CDRs, bank records, Vicidial records, Shapiro lead lists, text messages, and other items. |
| 30 | Michael O'Leary, Investigator | 300 W. 15th Street Austin, TX 78701 | Testimony regarding the text messages. |
| **Authentication Witnesses** | | | |
| 31 | Sgt. Carlos Contreras, Digital Forensic Examiner in the Law Enforcement Division | 300 W. 15th Street Austin, TX 78701 | Testimony to authenticate documents. |
| 32 | Keeper or Custodian of Records, R Squared Telecom, LLC | 526 South Main Street, Suite 802, Akron, OH, 44311 | Testimony to authenticate documents. |
| 33 | Keeper or Custodian of Records, Talkie Communications Inc. | 99 Talbot Blvd, Chestertown, MD, 21620 | Testimony to authenticate documents. |
| 34 | Keeper or Custodian of Records, Ameraconnect Telecom LLC | 6709 W 119th St Ste. 353, Overland Park, KS, 66209 | Testimony to authenticate documents. |

| 35 | Keeper or Custodian of Records, Avid Telecom, LLC | 5347 East Mockingbird Lane, Paradise Valley, AZ, 85253 | Testimony to authenticate documents. |
|---|---|---|---|
| 36 | Keeper or Custodian of Records, VICIdial Group | 9887 4th St. N., St. Petersburg, FL 33702 | Testimony to authenticate documents. |
| 37 | Keeper or Custodian of Records, Fiverr | 8 Eliezer Kaplan St Tel Aviv 6473409, Israel | Testimony to authenticate documents. |
| 38 | Keeper or Custodian of Records, Bank of America, N.A. | 100 North Tryon Street Charlotte, NC 28255 | Testimony to authenticate documents. |
| 39 | Keeper or Custodian of Records, Chase Bank | 270 Park Avenue, New York, NY 10172 | Testimony to authenticate documents. |
| 40 | Keeper or Custodian of Records, TD Bank | 57 Kings Hwy N, Cherry Hill, NJ 08034 | Testimony to authenticate documents. |
| 41 | Keeper or Custodian of Records, USTelecom – The Broadband Association and the Industry Traceback Group | 601 New Jersey Avenue NW, Suite 600 Washington, DC 20001 | Testimony to authenticate documents. |
| 42 | Keeper or Custodian of Records, Hello Hunter | 9450 SW Gemini Dr. Beaverton, OR 97008 | Testimony to authenticate documents. |
| 43 | Keeper or Custodian of Records, Federal Trade Commission | 600 Pennsylvania Avenue, NW Washington DC 20580 | Testimony to authenticate documents. |
| 44 | Keeper or Custodian of | 500 W 10th St, Austin, TX 78701 | Testimony to authenticate documents. |

|  | Records, Travis County Jail |  |  |
|--|--|--|--|
|  |  |  |  |