UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>RISING EAGLE CAPITAL GROUP LLC et al.,<br><br>  Defendants | CASE NO. 4:20-cv-02021 |

### DEFENDANTS SCOTT SHAPIRO'S OBJECTIONS TO PLAINTIFFS' DESIGNATIONS OF DEPOSITION TESTIMONY

Defendant Scott Shapiro ("Mr. Shapiro") submits these objections to Plaintiffs' Designations of Deposition Testimony of Amy Brady.

### General Objections

Mr. Shapiro objects to all of the below designations because all of them comprise irrelevant information and/or information that, even if relevant, is more prejudicial and/or confusing than it is probative. *See* Fed. R. Evid. 401, 403. Mr. Shapiro also adopts and incorporates herein by reference the objections of defendants Michael Smith and Health Advisors of America. Finally, Mr. Shapiro also specifically asserts the following objections:

| Begin | End | Mr. Shapiro's Objection to Designation | Plaintiffs' Response | Ruling |
|---|---|---|---|---|
| Brady, Amy — May 20, 2022 | | | | |
| 13:14 | 13:16 | See general objections. | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |

| 16:10 | 17:3 | See general objections. | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |

| Begin | End | Defendants' Objection to Designation | Plaintiffs' Response | Ruling |
|---|---|---|---|---|
| 17:14 | 17:25 | See general objections. | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 18:6 | 18:8 | See general objections. | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 18:25 | 19:20 | See general objections. | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 18:25 | 19:20 | Objection, this designation is duplicative.  See general objections. | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 34:19 | 35:5 | See general objections. Also, hearsay, FRE 801. | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 39:8 | 40:2 | See general objections. Also, hearsay, nonresponsive, vague and confusing question: FRE 801, 403, 611(a). | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 41:1 | 42:5 | See general objections. Also, hearsay, document speaks for itself, confusing question: FRE 801, 403, 611(a). | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |

| 47:1 | 48:1 | See general objections. Also, hearsay, document speaks for itself, leading question, nonresponsive answer: FRE 801, 403, 611(a). | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
|---|---|---|---|---|

| Begin | End | Defendants' Objection to Designation | Plaintiffs' Response | Ruling |
|---|---|---|---|---|
| 48:12 | 50:22 | See general objections. Also, hearsay, no foundation, nonresponsive answer: FRE 801, 403, 611(a). | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 53:12 | 54:23 | See general objections. Also, Leading questions, calls for hearsay, hypothetical questions, confusing, no foundation, speculation: FRE 801, 403, 602, 611(a). | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 56:23 | 57:3 | See general objections. Also, no foundation, non-responsive: FRE 602. | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 79:2 | 85:18 | See general objections. Also, hearsay, no foundation, Leading questions, non responsive: FRE 801, 403, 602, 611(a). | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 85:21 | 87:13 | See general objections. Also, hearsay, no foundation, Leading questions, speculation: FRE 801, 403, 602. 611(a). | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 89:4 | 90:10 | See general objections. Also, | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | hearsay, no foundation: FRE 801, 403, 602. |  |  |
| 90:19 | 90:23 | See general objections. Also, hearsay, no foundation: FRE 801, 403, 602. |  | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 92:1 | 92:2 4 | See general objections. Also, hearsay, no foundation, nonresponsive: FRE 801, 403, 602. |  | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 97:10 | 97:18 | See general objections. Also, nonresponsive, no foundation: FRE 403, 602. |  | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |

| Begin | End | Defendants' Objection to Designation | Plaintiffs' Response | Ruling |
|---|---|---|---|---|
| 108:5 | 111:20 | See general objections. Also, nonresponsive, no foundation: FRE 403, 602. | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 115:20 | 118:3 | See general objections. Also, nonresponsive, no foundation, leading questions: FRE 403, 602, 611(a). | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 121:23 | 122:1 | See general objections. Also, no foundation and no substantive testimony: FRE 403, 602. | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 125:21 | 128:24 | See general objections. Also, no foundation, nonresponsive, hearsay, leading questions: FRE 403, 602, 801, 611(a). | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |
| 131:17 | 135:23 | See general objections. Also, no foundation, nonresponsive, hearsay, leading questions, more prejudicial than probative: FRE 403, 602, 801, 611(a). | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Design. w/d<br>[ ] Amended |

Respectfully submitted,

**SCOTT SHAPIRO,**

By, His Counsel,

 */s/ Shepard Davidson*
SHEPARD DAVIDSON
(BBO #557082)
sdavidson@burnslev.com
Burns and Levison LLP
125 High Street
Boston, MA 02110
Telephone: 617-345-3000
Facsimile: 617-345-3299

DAVID R. THRASHER
State Bar No. (24027922)
Kane Russell Coleman Logan PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
(713) 425-7400 Phone
(713) 425-7700 Facsimile
ATTORNEYS FOR DEFENDANT SCOTT SHAPIRO

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served *via* ECF upon all counsel of record this 12th day of May, 2023.

 */s/ David R. Thrasher*
David R. Thrasher