# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al. | § § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:20−cv−02021 |
| | § | |
| RISING EAGLE CAPITAL GROUP LLC, et al. | § § | |
| Defendant. | § | |

## NOTICE OF RESETTING

A Docket Call has been set in this matter for 11:30 AM on 5/23/2023. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1614801413?pwd=UFJ5RGVyTmE3MHNCWVNENk9hZ1dTQT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 480 1413
Meeting Password: 575048

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 5/19/2023

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.