# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.;<br><br>Plaintiffs,<br><br>v.<br><br>RISING EAGLE CAPITAL GROUP, LLC, et al.;<br><br>Defendants. | Case No. 4:20-cv-02021<br><br>**JOINT NOTICE OF SETTLEMENT AGREEMENTS** |

**JOINT NOTICE OF FORTHCOMING AGREED MOTIONS REQUESTING ENTRY OF STIPULATED ORDERS FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT AGAINST (1) SCOTT SHAPIRO AND (2) MICHAEL T. SMITH, JR. AND HEALTH ADVISORS OF AMERICA, INC.**

Plaintiffs, the Attorneys General of the States of Arkansas, Indiana, Michigan, North Carolina, North Dakota, Ohio, and Texas (collectively "Plaintiffs")[1] and Defendants Scott Shapiro, Michael T. Smith, Jr., and Health Advisors of America, Inc. (collectively "Parties") respectfully file this Joint Notice of Forthcoming Agreed Motions Requesting Entry of Stipulated Orders for Permanent Injunction and Monetary Judgment Against (1) Scott Shapiro and (2) Michael T. Smith, Jr. and Health Advisors of America, Inc. As a

---

[1] The State of Missouri is also a Plaintiff in this matter, but it did not bring any claims against Mr. Shapiro, Mr. Smith, or Health Advisors of America, Inc.

result, the trial date scheduled to begin on August 21, 2023 at 1:30 pm CT (ECF No. 245), and all related pre-trial conferences will no longer be necessary, pursuant to this Court's acceptance and entry of the stipulated orders that will be submitted after Plaintiffs receive final approval from their respective offices. In support hereof, the Parties state the following:

1. On October 30, 2020, Plaintiffs filed their Second Amended Complaint (ECF No. 56) ("Complaint") in this matter against Defendants Scott Shapiro, Michael T. Smith, Jr., and Health Advisors of America, Inc.

2. As noted above, trial is scheduled to begin for this action starting August 21, 2023. (ECF No. 245).

3. After continued negotiations between Plaintiffs' counsel and Defendants' respective counsel, Plaintiffs and Defendants Michael T. Smith Jr. and Health Advisors of America, Inc. and Plaintiffs and Defendant Scott Shapiro have come to tentative agreements to resolve all pending claims before this Court in this matter.

4. The separate agreements are each contingent on approval from the Plaintiffs' respective front offices.

5. As of the time of this filing, four Plaintiff States have approval to file with the Court the respective stipulated orders. The approval process may take a few weeks for the remaining Plaintiff States to complete.

6. Should these stipulated orders become finalized as anticipated, these orders would resolve this matter as to all pending claims against the remaining Defendants.

7. As such, respectfully, the Parties believe it would be beneficial to the Court to strike the pretrial conference and scheduled trial from the docket, so that Plaintiffs will have reasonable time to complete the approval processes for their respective offices and can submit the executed stipulated orders for the Court's review and approval shortly thereafter.

WHEREFORE, the Parties respectfully notify the Court of the forthcoming stipulated orders resolving all pending claims in this matter between Plaintiffs and Defendant Michael T. Smith, Jr. and Health Advisors of America, Inc. and between Plaintiffs and Defendant Scott Shapiro.

Date filed: August 4, 2023

**FOR THE STATE OF ARKANSAS:**

TIM GRIFFIN
Attorney General for the State of Arkansas


/s/ Amanda J. Wentz
AMANDA J. WENTZ
Ark. Bar No. 2021066
Amanda.Wentz@ArkansasAG.gov
Assistant Attorney General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-1178

*Counsel for Plaintiff*
*STATE OF ARKANSAS*

Respectfully submitted,

**FOR THE STATE OF INDIANA:**

TODD ROKITA
Attorney General for the State of Indiana

/s/ Douglas S. Swetnam
DOUGLAS S. SWETNAM
Indiana Bar No. 15860-49
douglas.swetnam@atg.in.gov
JOSEPH D. YEOMAN
Indiana Bar No. 35668-29
Joseph.Yeoman@atg.in.gov
Deputy Attorneys General
302 West Washington Street
IGCS – 5th Floor
Indianapolis, IN 46204
(317) 232-6294 (Swetnam)
(317) 234-1912 (Yeoman)

*Counsel for Plaintiff*
*STATE OF INDIANA*

| FOR THE STATE OF MICHIGAN: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| DANA NESSEL<br>Attorney General for the State of Michigan | JOSHUA H. STEIN<br>Attorney General for the State of North Carolina |
| /s/ Kathy P. Fitzgerald<br>KATHY P. FITZGERALD<br>Michigan Bar No. P31454<br>fitzgeraldk@michigan.gov<br>SCOTT MERTENS<br>Michigan Bar No. 60069<br>mertenss@michigan.gov<br>MICHAEL S. HILL<br>Michigan Bar No. P73084<br>Hillm19@michigan.gov<br>Assistant Attorneys General<br>Corporate Oversight Division<br>Michigan Department of Attorney General<br>P.O. Box 30736<br>Lansing, MI 48909<br>Telephone: (517) 335-7632<br>Facsimile: (517) 335-6755<br><br>*Counsel for Plaintiff*<br>*STATE OF MICHIGAN* | /s/ Tracy Nayer<br>TRACY NAYER<br>North Carolina State Bar No. 36964<br>tnayer@ncdoj.gov<br>Special Deputy Attorney General<br>North Carolina Department of Justice<br>Consumer Protection Division<br>P.O. Box 629<br>Raleigh, N.C. 27602<br>Telephone: (919) 716-6000<br>Facsimile: (919) 716-6050<br><br>*Counsel for Plaintiff*<br>*STATE OF NORTH CAROLINA* |

| FOR THE STATE OF NORTH DAKOTA: | FOR THE STATE OF OHIO: |
|---|---|
| DREW H. WRIGLEY<br>Attorney General for the State of North Dakota | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Parrell D. Grossman<br>PARRELL D. GROSSMAN<br>North Dakota State Bar No. 04684<br>pgrossman@nd.gov<br>Office of Attorney General of North Dakota<br>Consumer Protection & Antitrust Division<br>1720 Burlington Drive, Ste. C<br>Bismarck, ND 58504<br>Telephone: (701) 328-5570<br><br>*Counsel for Plaintiff*<br>*STATE OF NORTH DAKOTA* | /s/ Erin B. Leahy<br>ERIN B. LEAHY<br>Ohio Bar No. 69509<br>W. TRAVIS GARRISON<br>Ohio Bar No. 76757<br>Assistant Attorneys General<br>Ohio Attorney General's Office<br>Consumer Protection Section<br>30 E. Broad Street, 14th Floor<br>Columbus, Ohio 43215<br>(614) 752-4730 (Leahy)<br>(614) 728-1172 (Garrison)<br>Erin.Leahy@OhioAGO.gov<br>Travis.Garrison@OhioAGO.gov<br><br>*Counsel for Plaintiff*<br>*STATE OF OHIO* |

**FOR THE STATE OF TEXAS:**

ANGELA COLMENERO
Provisional Attorney General for the
State of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Acting Deputy Attorney General for
Civil Litigation

RYAN S. BAASCH
Chief for Consumer Protection Division


/s/ David G. Shatto
DAVID G. SHATTO
Fed. Bar No: 3725697
Texas Bar No: 24104114
David.Shatto@oag.texas.gov
C. BRAD SCHUELKE
Texas Bar No. 24008000
Brad.schuelke@oag.texas.gov
KAYLIE BUETTNER
Texas Bar No. 24109082
Kaylie.Buettner@oag.texas.gov
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, Texas 78711
Telephone: (512) 463-2100
Facsimile: (512) 473-8301

*Counsel for Plaintiff*
*STATE OF TEXAS*

**Counsel for Defendants**

/s/ Dominick L. Lanzito
DOMINICK L. LANZITO
State of Illinois Bar No.: 6277856
Peterson, Johnson & Murray Chicago LLC
200 West Adams – Suite 2125
Chicago, Illinois 60606
(312) 724-8035
dlanzito@pjmlaw.com

*Counsel for Defendants*
*MICHAEL T. SMITH, JR. AND HEALTH ADVISORS OF AMERICA, INC.*


/s/ Stephanie M. Krueger
STEPHANIE M. KRUEGER
State Bar No. 24078581
Federal Bar No. 15948
RAYMOND M. KUTCH
State Bar No. 24072195
Federal Bar No. 1117857
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8210 – Telephone
(713) 403-8299 – Facsimile
skrueger@thompsoncoe.com
rkutch@thompsoncoe.com

*Counsel for Defendant*
*SCOTT SHAPIRO*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that, on August 4, 2023, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT AGREEMENTS** with the Clerk using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

/s/ Joseph D. Yeoman
Joseph D. Yeoman

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule C(2), I hereby certify that Plaintiffs electronically conferred with Defendants' Counsel, Dominick Lanzito (Defendants Health Advisors of America, Inc. and Michael T. Smith) and Brandon Camilleri (Defendant Scott Shapiro) regarding the foregoing **JOINT NOTICE OF SETTLEMENT AGREEMENTS.** On August 3, 2023, Plaintiffs transmitted a copy of the Notice to Defendants' Counsel, and Defendants' Counsel stated that Defendants have joined this Notice.

/s/ Joseph D. Yeoman
Joseph D. Yeoman

*State of Texas, et al. v. Rising Eagle Capital Group, LLC, et al.*
Notice of Settlement Agreements