**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RISING EAGLE CAPITAL GROUP LLC, et al.,<br><br>Defendants. | CASE NO. 4:20-cv-02021 |

**PLAINTIFFS' OMNIBUS REPLY TO DEFENDANT SPILLER'S RESPONSES TO PLAINTIFFS' MOTION TO MODIFY THE STIPULATED ORDER AND MOTION TO SHOW CAUSE**

Plaintiff States of Arkansas, Indiana, Michigan, Missouri, North Carolina, North Dakota, Ohio, and Texas (collectively "Plaintiffs" or "Plaintiff States") respectfully file this omnibus reply to Defendant John C. Spiller, II's Response to Motion to Modify (ECF No. 266) and Response to Show Cause (ECF No. 267).

## I. STATEMENT OF THE ISSUES

Whether the Court should modify Defendant Spiller's Stipulated Order due to repeated and flagrant violations. Whether the Court should hold Defendant Spiller in civil contempt for repeated and flagrant violations of the Stipulated Order.

## II. ARGUMENT

### A. Failure to respond to an argument waives the claim or issue.

Courts in this district have held that a failure to respond to an argument waives the claim or issue. *See Garcia v. Select Portfolio Servicing, Inc*., No. 4:23-CV-00470, 2024 WL 478071, at *3 (S.D. Tex. Jan. 19, 2024), *report and recommendation adopted*, No. 4:23-CV-470, 2024 WL 479611 (S.D. Tex. Feb. 7, 2024); *Ellis v. Carrington Mortgage Services, LLC*, No. 4:19-CV-4370, 2021 WL 3603604, at *4 (S.D. Tex. Aug. 13, 2021); *see also Hensley v. Wal-Mart Stores Inc.*, 290 F. App'x 742, 743 (5th Cir. 2008), *Nichols v. Enterasys Networks, Inc.*, 495 F.3d 185, 190 (5th Cir. 2007) (explaining that inadequately briefed issues are considered waived); S.D. Tex. L.R. 7.4.

**B. Defendant Spiller does not advance any contrary argument or evidence.**

On March 28, 2024, Plaintiffs filed a motion to modify Defendant Spiller's Stipulated Order (ECF No. 258) and a motion to show cause[1] (ECF No. 257-1). Plaintiffs' Motion to Show Cause included an overabundance of evidence showing Defendant Spiller's violations of the Stipulated Order.

On April 17, 2024, Defendant Spiller filed Responses to the Motion to Modify (ECF No. 266) and the Motion to Show Cause (ECF No. 267).

In his responses, Defendant Spiller does not advance any evidence to rebut Plaintiffs' evidence submitted in the Motion to Show Cause. Defendant Spiller's motions are purely argumentative and conclusory. Further, the responses fail to contest specific allegations set forth in the Motion to Show Cause. Without providing any evidence and without rebutting Plaintiffs' evidence, Defendant Spiller's main responses are merely that he is not "***currently***" violating the Stipulated Order, and the assertion that he used the aliases for "legitimate business purposes."

## III. CONCLUSION

For the foregoing reasons, Plaintiff States respectfully request the Court (1) issue an order requiring Spiller to show cause why he should not be held in contempt of court; and (2) issue an order granting Plaintiffs' Motion to Modify the Stipulated Order for Permanent Injunction and Monetary Judgment Against Spiller. In light of Defendant Spiller being *pro*

[1] It was filed a Motion for Leave to File Page Extension. ECF No. 257. The Court granted this motion. ECF No. 264. Plaintiffs then refiled the Motion to Show Cause. ECF No. 265.

*se*, Plaintiffs would welcome a hearing to respond to, or rebut, any argument or evidence the Court may want to inquire about in further detail.

April 24, 2024

Respectfully submitted,

**FOR THE STATE OF ARKANSAS:**

TIM GRIFFIN
Attorney General for the State of Arkansas

*/s/ Amanda Wentz*
AMANDA WENTZ
Ark. Bar No. 2021066
Amanda.Wentz@ArkansasAG.gov
Assistant Attorneys General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-1178

*Counsel for Plaintiff*
*STATE OF ARKANSAS*

**FOR THE STATE OF INDIANA:**

TODD ROKITA
Attorney General for the State of Indiana

*/s/ Joseph D. Yeoman*
DOUGLAS S. SWETNAM
Indiana Bar No. 15860-49
douglas.swetnam@atg.in.gov
JOSEPH D. YEOMAN
Indiana Bar No. 35668-29
Joseph.Yeoman@atg.in.gov
Deputy Attorneys General
302 West Washington Street
IGCS – 5th Floor
Indianapolis, IN 46204
(317) 232-6294 (Swetnam)
(317) 234-1912 (Yeoman)
(317) 232-7979 (Fax)

*Counsel for Plaintiff*
*STATE OF INDIANA*

**FOR THE STATE OF MICHIGAN:**

DANA NESSEL
Attorney General for the State of Michigan

/s/ Kathy Fitzgerald_
KATHY FITZGERALD
Michigan State Bar No. P31454
fitzgeraldk@michigan.gov
SCOTT MERTENS
Michigan State Bar No. P60069
Mertenss@michigan.gov
MICHAEL S. HILL
Michigan State Bar No. P73084
HillM19@michigan.gov
Assistant Attorneys General
Corporate Oversight Division
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632

*Counsel for Plaintiff*
*STATE OF MICHIGAN*

**FOR THE STATE OF MISSOURI:**

ANDREW BAILEY
Attorney General for the State of Missouri

/s/ Michelle L. Hinkl
MICHELLE L. HINKL
Missouri State Bar No. 64494
Michelle.Hinkl@ago.mo.gov
Assistant Attorney General
Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
Telephone: (314) 340-7961
Facsimile: (314) 340-7981

*Counsel for Plaintiff*
*STATE OF MISSOURI*

**FOR THE STATE OF NORTH CAROLINA:**

JOSHUA H. STEIN
Attorney General for the State of North Carolina

*/s/ Tracy Nayer*
TRACY NAYER
North Carolina State Bar No. 36964
tnayer@ncdoj.gov
Special Deputy Attorney General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6000
Facsimile: (919) 716-6050

*Counsel for Plaintiff*
*STATE OF NORTH CAROLINA*

**FOR THE STATE OF NORTH DAKOTA:**

DREW H. WRIGLEY
Attorney General for the State of North Dakota

*/s/ Christopher G. Lindblad*
CHRISTOPHER G. LINDBLAD
North Dakota State Bar No. 06480
clindblad@nd.gov
Assistant Attorney General
Consumer Protection & Antitrust Division
Office of the Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone: (701) 328-5570
Facsimile: (701) 328-5568

*Counsel for Plaintiff*
*STATE OF NORTH DAKOTA*

**FOR THE STATE OF OHIO:**

DAVE YOST
Attorney General for the State of Ohio

*/s/ Erin B. Leahy*
ERIN B. LEAHY
Ohio Bar No. 69509
W. TRAVIS GARRISON
Ohio Bar No. 76757
Assistant Attorneys General
Ohio Attorney General's Office
Consumer Protection Section
30 E. Broad Street, 14th Floor
Columbus, Ohio 43215
(614) 752-4730 (Leahy)
(614) 728-1172 (Garrison)
Erin.Leahy@OhioAttorneyGeneral.gov
Travis.Garrison@OhioAttorneyGeneral.gov

*Counsel for Plaintiff*
*STATE OF OHIO*

**FOR THE STATE OF TEXAS:**

KEN PAXTON
Attorney General for the State of Texas

/s/ *David G. Shatto*
DAVID SHATTO
Fed. Bar No: 3725697
Texas Bar No: 24104114
C. BRAD SCHUELKE
Texas Bar No. 24008000
Brad.schuelke@oag.texas.gov
KAYLIE BUETTNER
Fed. Bar No: 3748037
Texas Bar No. 24109082
Kaylie.Buettner@oag.texas.gov
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, Texas 78711
Telephone: (512) 463-2100
Facsimile: (512) 473-8301

*Counsel for Plaintiff*
*STATE OF TEXAS*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record. I also certify that a true and correct copy of the above and foregoing document has been served via email and U.S. mail to John C. Spiller, II on April 24, 2024.

/s/ *Joseph Yeoman*
Joseph Yeoman