United States District Court
Southern District of Texas
**ENTERED**
October 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-2021 |
| § | |
| RISING EAGLE CAPITAL GROUP LLC, § | |
| *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court in this Telephone Consumer Protection Act case are two motions filed by Plaintiffs: (1) a motion to modify the stipulated order for permanent injunction and monetary judgment against Defendant John C. Spiller, II ("Spiller"); and (2) a motion requesting that the Court either sanction Spiller for violating the terms of the existing permanent injunction or hold a show cause hearing to determine whether Spiller should be held in civil contempt of court.

The first motion (Dkt. 258) is **GRANTED**. The Court will enter the proposed modified injunction and monetary judgment against Spiller that is located at docket entry 258-1. The second motion (Dkt. 265) is **GRANTED IN PART AND DENIED IN PART**. The Court will hold a show cause hearing **on November 12, 2024 at 1:00 p.m.** to determine whether Spiller should be held in civil contempt of court.

SIGNED at Houston, Texas on October 29, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE